# Exhibit A

FLO01-41614
SHAPIRO & DIAZ, LLP
406 LIPPINCOTT DRIVE, SUITE J
MARLTON, NJ 08053
(856) 810-1700
ATTORNEY FOR PLAINTIFF

FILED
SUPERIOR COURT OF NJ
JUN 0 4 2002
D.F.P.

| WASHINGTON MUTUAL HOME LOANS, INC., SUCCESSOR IN INTEREST BY MERGER TO FLEET MORTGAGE CORP<br><br>PLAINTIFF,<br><br>vs.<br><br>DAVID A. RIVERA AND MARIANNE M. RIVERA, HIS WIFE; STATE OF NEW JERSEY; LEASECOMM CORPORATION;<br><br>DEFENDANTS | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>CAMDEN COUNTY<br><br><br>Docket No: F-23030-01<br><br>CIVIL ACTION<br><br>FINAL JUDGMENT FOR FORECLOSURE |
|---|---|

Upon application of the Plaintiff and it appearing that the default of all defendants having been entered; and the Plaintiff's bond or note and mortgage, and assignment, if any, having been presented and marked as exhibits by the court;

And it appearing from the Certifications filed herein that there is due to the Plaintiff the sum of $144742.42 on its mortgage described in the complaint together with lawful interest thereon to be computed from April 2, 2002, together with costs of this action to be taxed, raised and paid out of the mortgaged premises described in the complaint;

And it appearing that the order and priority of the answering defendant(s) cannot be determined at this time and sufficient cause appearing;

It is, on this 4th day of June, 2002,

ORDERED AND ADJUDGED that the Plaintiff is entitled to have the sum of

$144742.42 together with lawful interest thereon to be computed from April 2, 2002, together with costs of this suit to be taxed, including a counsel fee of $1590.42 raised and paid out of the mortgaged premises described in the complaint.

And it is further ORDERED AND ADJUDGED that so much of the said mortgage premises as will be sufficient to raise and satisfy the said mortgage, interest and costs of the Plaintiff be sold and that an execution do issue for that purpose out of this court directed to the Sheriff of the County of CAMDEN commanding him to make sale according to law of so much of the mortgaged premises as will be sufficient to satisfy the said mortgage, interest and costs of the plaintiff and that he pay out of the proceeds of sale to the plaintiff or its attorneys, its debt, interest and costs and that in case there is a surplus, the same shall be brought into this court and deposited with the Clerk subject to the order of this court; and that the said Sheriff make his report to this court of the sale as required by the rules of the court.

And it is further ORDERED AND ADJUDGED that the Plaintiff or Purchaser duly recover against the said defendants, DAVID A. RIVERA AND MARIANNE M. RIVERA, HIS WIFE or any one holding under them possession of the premises mentioned and described in the said complaint with the appurtenances and that a Writ of Possession issue thereon. This judgement shall not affect the rights of any person protected by the New Jersey Tenant Anti-Eviction Act (NJSA 2A:18-61.1 et seq.).

And it is further ORDERED AND ADJUDGED that all the defendants to this action and each of them stand absolutely debarred and foreclosed of and from all redemption of, in and to so much as the said mortgaged premises as shall be sold as aforesaid under this judgment except as provided by 28 U.S.C. Section 2410.

Respectfully recommended
R. 1:34-6 OFFICE OF FORECLOSURE

NEIL H. SHUSTER, P.J. Ch.