# Exhibit B

Case 1:09-cv-00021-JEI-JS   Document 1-3   Filed 01/02/09   Page 1 of 2

# Superior Court of New Jersey

DOCKET NO. F-23030-01

CHANCERY DIVISION
CAMDEN COUNTY

COSTS OF: PLAINTIFF

_____ PLAINTIFF
vs.
_____ DEFENDANT

DEFENDANT

| | |
|---|---|
| ATTORNEY'S ALLOWANCE BY STATUTE | $ 50.00 |
| FILING FEES PAID TO CLERK | 175.00 |
| COUNSEL FEE ALLOWED UNDER R.4:42-9 | 1597.42 |
| SHERIFF'S FEES FOR SERVICE | |
| SEARCH COSTS ALLOWED UNDER R.4:42-10 | 345.00 |
| PRINTING COSTS FOR PUBLICATION | |
| COST OF FILING LIS PENDENS | 3.00 |
| MOTIONS | |
| OTHER | 12.00 |
| TOTAL COSTS | $ 2187.42 |

DATE TAXED AND FILED: JUNE 4, 2002

ATTORNEY SHAPIRO & DIAZ

_____
CLERK, SUPERIOR COURT

156-(2/97)