# Exhibit C

Case 1:09-cv-00021-JEI-JS Document 1-4 Filed 01/02/09 Page 1 of 3

FORM B10

| | | Case Number: |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> DISTRICT OF NEW JERSEY DISTRICT OF NJ | | **PROOF OF CLAIM** |

| Name of Debtor: DAVID A. RIVERA and MARIANNE M. RIVERA | Case Number 04-22865/JHW |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): WASHINGTON MUTUAL BANK, FA <br> Name and address where notices should be sent: <br> WASHINGTON MUTUAL BANK, FA, P.O. Box 1169, Milwaukee, Wisconsin 53201-1169 <br> All Payments to: WASHINGTON MUTUAL BANK, FA <br> Attn: Default Cash Processing - Alltel <br> 9601 McAllister Freeway <br> San Antonio, TX 78216 <br> Telephone Number: 414-359-XXXX/ | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. <br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|

This space is for Court Use Only

| Account or other number by which creditor identifies debtor: <br> Loan Number: 8018567207  Atty File #: 01-41614 | Check here if ☐ replaces <br> this claim ☐ amends a previously filed claim, dated: |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)

Your Social Security number ___-___-___
Unpaid compensation for services performed
from _____ to _____
    (date)      (date)

**2. Date Debt was incurred** January 31, 2000

**3. If court judgment, date obtained:**

**4. Total Amount of Claim** $ 130,289.99 Principal Balance Only

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
- ☒ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Note on: 2203 BEACON HILL DRIVE, SICKLERVILLE, NJ 08081
Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $24,652.96

**6. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4300),* earned within 90 days within filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a-___).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date <br> May 27, 2004 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): <br> /s/ Linda A. Hynes <br> By: Linda A. Hynes, Esq for WASHINGTON MUTUAL BANK, FA <br> Shapiro & Diaz, LLP, 406 Lippincott Drive, Suite J, Marlton, NJ 08053 <br> (856) 810-1700 Fax: (856) 810-1626 | All creditors and their counsel who file a proof of claim are required to serve by first class mail a true copy of such proof of claim and all attachments thereto upon the Debtors Counsel or Debtor whose address is shown on the Notice of the Creditors Meeting. | Mail Executed Proof to |
|---|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

* Show Creditors SS# or Tax ID # and Office Code Here: _____
(Bank shows Bank Routing Number)

(To be used solely for purpose of processing claim.
If number not shown, claim cannot be processed.)

**UNITED STATES BANKRUPTCY COURT**
District Of New Jersey District of NJ
**EXHIBIT 'A'**

| | | | | |
|---|---|---|---|---|
| In Re: | DAVID A. RIVERA and MARIANNE M. RIVERA | | | |
| Principal Balance: | $130,289.99 | | BK Case #: | 04-22865/JHW |
| Pre-Petition Payments Due From: | April 1, 2003 - April 1, 2004 | | Date on POC: | May 27, 2004 |
| Client: | WASHINGTON MUTUAL BANK, FA | | | |

| | | | | |
|---|---|---|---|---|
| No. of Months 13 | X Monthly Payment of | $1,524.78 | = | $19,822.14 |
| No. of Months 04 | X Monthly Late Charge of | $30.50 | = | $122.00 |
| No. of Months 01 | X Monthly Late Charge of | $30.50 | = | $30.50 |

| | | |
|---|---|---|
| Unapplied/Suspense | = | $0.00 |
| Accrued Late Charges | = | $773.87 |
| Appraisal Fees | = | $0.00 |
| NSF Check Charges | = | $0.00 |
| Property Inspection | = | $109.30 |
| Property Preservation | = | $0.00 |

Other:   REIMBURSED THRU THE PRIOR BKY @ $-853.29

Other:   PRIOR BKY FEES/COSTS @ $825.00

| | | |
|---|---|---|
| TOTAL | = | $20,829.52 |
| Bankruptcy Fees | = | $375.00* |
| Bankruptcy Costs | = | $0.00 |
| Prior Foreclosure Fees | = | $1,550.00 |
| Prior Foreclosure Costs | = | $1,898.44 |
| TOTAL PRE-PETITION ARREARAGES AND ATTORNEY FEES AND COSTS DUE FOR PROOF OF CLAIM | = | $24,652.96 |

Creditor:
WASHINGTON MUTUAL BANK, FA
P.O. Box 1169, Milwaukee, Wisconsin 53201-1169

Attorney:
Linda A. Hynes, Esq
Shapiro & Diaz, LLP, 406 Lippincott Drive, Suite J, Marlton, NJ 08053
(856) 810-1700 Fax: (856) 810-1626