BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
By:   Martin C. Bryce, Jr., Esquire
       Mariah Murphy, Esquire
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey  08043-4636
(856) 761-3400
*Attorneys for Defendant Countrywide Home Loans, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID AND MARIANNE RIVERA,<br>   individually and on behalf of<br>   all those similarly situated<br><br>                              Plaintiffs,<br><br>                        v.<br>WASHINGTON MUTUAL, FSB,<br>COUNTRYWIDE HOME LOANS,<br>SHAPIRO & DIAZ, JOHN DOE<br>SERVICERS 1-100 AND JOHN DOE<br>LAW FIRMS 1-100<br><br>                              Defendants. | No. 1:09-cv-00021-JEI-JS |

**NOTICE OF COUNTRYWIDE HOME LOANS, INC.'S
MOTION TO DISMISS**

TO: Roger C. Mattson, Esquire
Lewis G. Adler, Esquire
Law Offices of Lewis Adler
26 Newton Avenue
Woodbury, NJ 08096
rogermattson1@verizon.net

LIBW/1704892.1

lewisadler@verizon.net
Counsel to Plaintiff

**PLEASE TAKE NOTICE**, that on May 18, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Countrywide Home Loans, Inc. ("Countrywide"), through its undersigned counsel, shall move before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets Room 1050, Camden, NJ 08101 for an order granting Countrywide's Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Countrywide shall rely on the attached Brief in Support of Motion, Declaration of Mariah Murphy and exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived unless timely opposition is filed and served.

Respectfully submitted,

s/Mariah Murphy
Martin C. Bryce, Jr., Esquire
Mariah Murphy, Esquire

                                                BALLARD SPAHR ANDREWS &
                                                INGERSOLL, LLP
                                                Plaza 1000 - Suite 500, Main Street
                                                Voorhees, NJ 08043
                                                (856) 761-3400
                                                Attorneys for Defendant Countrywide
                                                Home Loans, Inc.

Of Counsel:

Thomas M. Hefferon
Scott B. Nardi
Eric I. Goldberg
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC  20001
(202) 346-4000

DATED:     March 30, 2009