BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
By:   Martin C. Bryce, Jr., Esquire
        Mariah Murphy, Esquire
Plaza 1000, Suite 500, Main Street
Voorhees, New Jersey  08043-4636
(856) 761-3400
*Attorneys for Defendant Countrywide Home Loans, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DAVID AND MARIANNE RIVERA, individually and on behalf of all those similarly situated  Plaintiffs,  v.  WASHINGTON MUTUAL, FSB, COUNTRYWIDE HOME LOANS, SHAPIRO & DIAZ, JOHN DOE SERVICERS 1-100 AND JOHN DOE LAW FIRMS 1-100  Defendants. | No. 1:09-cv-00021-JEI-JS |

**CERTIFICATION OF COUNSEL IN SUPPORT OF
MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
BY DEFENDANT COUNTRYWIDE HOME LOANS**

I, Mariah Murphy, of full age hereby certify as follows:

1.   I am an Associate with the law firm of Ballard Spahr Andrews & Ingersoll, LLP, counsel to Countrywide Homes Loans, Inc. in the above

captioned matter. In this capacity, I have personal knowledge of the matters set forth herein.

      2.      Attached hereto as Exhibit A is a true and correct copy of the Note that the Plaintiffs executed on or about January 31, 2000.

      3.      Attached hereto as Exhibit B is a true and correct copy of the Mortgage securing the Note that the Plaintiffs executed on or about January 31, 2000.

      4.      Attached hereto as Exhibit C is a true and correct copy of the docket for Bankr. No. 02-16637 (Bankr. D.N.J.) (available on PACER).

      5.      Attached hereto as Exhibit D is a true and correct copy of the Voluntary Petition and Asset Schedules filed on July 7, 2002 in Bankr. No. 02-16637 (Bankr. D.N.J.) (available on PACER, Docket Entry ("DE") #1).

      6.      Attached hereto as Exhibit E is a true and correct copy of the Amended Proof of Claim filed by Washington Mutual filed on November 13, 2002 in Bankr. No. 02-16637 (Bankr. D.N.J.) (available on PACER, Claim No. 12-1).

      7.      Attached hereto as Exhibit F is a true and correct copy of the Motion to Vacate the Automatic Stay filed by Washington Mutual on March 3, 2002 filed in Bankr. No. 02-16637 (Bankr. D.N.J.) (available on PACER, DE #19).

8. Attached hereto as Exhibit G is a true and correct copy of the Consent Order on Motion to Vacate Stay entered on May 9, 2003 in Bankr. No. 02-16637 (Bankr. D.N.J.) (available on PACER, DE #23).

9. Attached hereto as Exhibit H is a true and correct copy of the Certification Of Standing Trustee Filed by the Trustee on February 10, 2004 in Bankr. No. 02-16637 (Bankr. D.N.J.) (available on PACER, DE #28).

10. Attached hereto as Exhibit I is a true and correct copy of the Ex Parte Order of Dismissal entered on March 19, 2004 in Bankr. No. 02-16637 (Bankr. D.N.J.) (available on PACER, DE #32).

11. Attached hereto as Exhibit J is a true and correct copy of the docket for Bankr. No. 04-22865 (Bankr. D.N.J.) (available on PACER).

12. Attached hereto as Exhibit K is a true and correct copy of the Petition and Asset Schedules filed on April 14, 2004 in Bankr. No. 04-22865 (Bankr. D.N.J.) (available on PACER, DE #1).

13. Attached hereto as Exhibit L is a true and correct copy of the Motion to Vacate the Automatic Stay filed by Washington Mutual on April 21, 2005 in Bankr. No. 04-22865 (Bankr. D.N.J.) (available on PACER, DE #25).

14. Attached hereto as Exhibit M is a true and correct copy of the Consent Order on the Motion to Vacate Stay entered on June 2, 2005 in Bankr. No. 04-22865 (Bankr. D.N.J.) (available on PACER, DE #26).

15. Attached hereto as Exhibit N is a true and correct copy of the Order Reinstating Debtors' Chapter 13 Petition and Converting The Case To A Chapter 7 entered on December 3, 2007 in Bankr. No. 04-22865 (Bankr. D.N.J.) (available on PACER, DE #85).

16. Attached hereto as Exhibit O is the Order of Discharge entered on March 14, 2008 in Bankr. No. 04-22865 (Bankr. D.N.J.) (available on PACER, DE #95).

All of the above statements are true and correct to the best of my knowledge, information and belief and I make the same under penalty of perjury.

Dated: March 30, 2009                                By:   s/ Mariah Murphy
                                                     Mariah Murphy, Esq.