**CONFIRMED, CLOSED, DISMISS**

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
## Bankruptcy Petition #: 02-16637-JHW

|  |  |
|---|---|
| *Assigned to:* Judge Judith H. Wizmur | *Date filed:* 07/02/2002 |
| Chapter 13 | *Date terminated:* 04/01/2004 |
| Voluntary | *Date dismissed:* 03/19/2004 |
| Asset |  |

**Debtor**
**David A Rivera**
2203 Beacon Hill Drive
Sicklerville, NJ 08081-0000
SSN / ITIN: xxx-xx-5995

represented by **Seymour Wasserstrum**
Seymour Wasserstrum & Associates
205 Landis Avenue
Vineland, NJ 08360
(856) 696-8300
Email: mylawyer7@aol.com

**Joint Debtor**
**Marianne M Rivera**
2203 Beacon Hill Drive
Sicklerville, NJ 08081-0000
SSN / ITIN: xxx-xx-3278
*aka*
**Marianne M Hampton**

represented by **Seymour Wasserstrum**
(See above for address)

**Trustee**
**Isabel C. Balboa**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

| Filing Date | # | Docket Text |
|---|---|---|
| 07/02/2002 | 1 | Chapter 13 Voluntary Petition Filed by Seymour Wasserstrum on behalf of David A Rivera. (eg) Additional attachment(s) added on 7/9/2002 (lgr, ). (Entered: 07/03/2002) |
| 07/02/2002 | 2 | Chapter 13 Summary, Chapter 13 Plan Filed by David A Rivera, Marianne M Rivera. Confirmation hearing to be held on 11/20/2002 at 02:00 PM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 11/12/2002. (jpl, ) (Entered: 07/09/2002) |

| | | |
|---|---|---|
| 07/03/2002 | | Receipt of Case Filing Fee -- Fee Amount $ 185.00, Receipt Number 242918. (eag, ) (Entered: 07/03/2002) |
| 07/09/2002 | | Meeting of Creditors. 341(a) meeting to be held on 8/8/2002 at 01:00 PM at Cherry Hill Chapter 13 (Camden). Proofs of Claim due by 11/6/2002. (lgr, ) (Entered: 07/09/2002) |
| 07/11/2002 | 3 | BNC Certificate of Service - Meeting of Creditors. No. of Notices: 28. Service Date 07/11/02. (Admin.) (Entered: 07/12/2002) |
| 07/11/2002 | 4 | BNC Certificate of Service - Chapter 13 Summary No. of Notices: 28. Service Date 07/11/02. (Related Doc # 2 ) (Admin.) (Entered: 07/12/2002) |
| 07/11/2002 | 5 | Notice and Order to Pay Trustee No. of Notices: 4. Service Date 07/11/02. (Admin.) (Entered: 07/12/2002) |
| 07/15/2002 | 6 | Notice of Appearance and Request for Service of Notice filed by Household Automotive Finance. (dac, ) (Entered: 07/17/2002) |
| 07/26/2002 | 7 | Notice of Appearance and Request for Service of Notice filed by Martin A. Mooney on behalf of Daimler Chrysler Services North America LLC. (def, ) (Entered: 07/30/2002) |
| 08/08/2002 | 8 | Notice of Appearance and Request for Service of Notice filed by Rhondi L. Schwartz on behalf of Washington Mutual Home Loans Inc.. (dac, ) (Entered: 08/13/2002) |
| 11/20/2002 | | Minute of Hearing Held, OUTCOME: Plan conf. at $953/mo. for 56 months plus $2,607 paid (related document(s) 2 ). (bc, ) (Entered: 11/20/2002) |
| 11/20/2002 | 10 | Modified Chapter 13 Summary - Before Confirmation. Filed by David A Rivera, Marianne M Rivera (related document(s) 2 ). (dac, ) (Entered: 11/22/2002) |
| 11/21/2002 | 9 | Order Confirming Chapter 13 Plan. Payment Schedule: $953 for 56 months. Attorney's Fee: $ $1975.00 The following parties were served: Trustee, Db. Db. Atty. Signed on 11/21/2002. (er, ) (Entered: 11/22/2002) |
| 11/22/2002 | 11 | Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferors:Sallie Mae Servicing, L.P.(Amount $ 8,396.48). To New Jersey Higher Education Assistance Agency Filed by New Jersey Higher Education Assistance. (dac, ) (Entered: 11/25/2002) |

| | | |
|---|---|---|
| 11/27/2002 | 12 | BNC Certificate of Service - Order No. of Notices: 4. Service Date 11/27/02. (Related Doc # 9 ) (Admin.) (Entered: 12/02/2002) |
| 12/11/2002 | 13 | Motion for Relief from Stay re: 2000 Jeep Cherokee Filed by Martin A. Mooney on behalf of Daimler Chrysler Services North America LLC. Hearing scheduled for 1/6/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (bde, ) (Entered: 12/12/2002) |
| 12/11/2002 | | Receipt of Motion Filing Fee -- Fee Amount $ 75.00, Receipt Number 252589. Fee received from Deily, Dautel & Mooney, LLP (related document(s) 13 ). (bde, ) (Entered: 12/12/2002) |
| 01/06/2003 | | Minute of Hearing Held, OUTCOME: Settled COTBS (related document(s) 13 ). (bc, ) (Entered: 01/06/2003) |
| 01/08/2003 | 14 | Application for Compensation for Seymour Wasserstrum, Debtor's Attorney, period: 1/6/2003 to 1/6/2003, fee: $250.00, expenses: $0.00. Filed by Seymour Wasserstrum. Objection deadline is 1/15/2003. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (er, ) (Entered: 01/09/2003) |
| 01/13/2003 | 15 | Stipulation Between Daimler Chrysler Services North America LLC and Debtors re: Motion for Relief from Stay filed by Daimler Chrysler Services North America LLC (related document(s) 13 ). (dac, ) (Entered: 01/14/2003) |
| 01/16/2003 | 16 | Order Granting Application For Compensation for Seymour Wasserstrum, fees awarded: $250.00, expenses awarded: $0.00 (Related Doc # 14 ) The following parties were served: Trustee and Db. Atty. Signed on 1/16/2003. (er, ) (Entered: 01/17/2003) |
| 01/19/2003 | 17 | BNC Certificate of Service - Order No. of Notices: 4. Service Date 01/19/03. (Related Doc # 16 ) (Admin.) (Entered: 01/20/2003) |
| 03/03/2003 | 18 | Motion for Relief from Stay re: 2000 Jeep Cherokee Filed by Linda S. Fossi on behalf of DaimlerChrysler Services North America LLC merger to Chrysler Financial Company, LLC. Hearing scheduled for 3/31/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Exhibit A# 3 Certificate of Service # 4 Proposed Order) (Fossi, Linda) ERROR IN DOCKETING - INCORRECT HEARING DATE; CORRECT HEARING DATE IS 3/24/03 AT 10:00 A.M. Modified on 3/5/2003 (hah). (Entered: 03/03/2003) |

| | | |
|---|---|---|
| 03/03/2003 | 19 | Motion for Relief from Stay re: 2203 Beacon Hill Drive, Sicklerville, NJ Filed by Rhondi L. Schwartz on behalf of Washington Mutual Home Loans Inc.. Hearing scheduled for 3/24/2003 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (bde, ) (Entered: 03/05/2003) |
| 03/03/2003 | | Receipt of Motion Filing Fee -- Fee Amount $ 75.00, Receipt Number 257399. (related document: 19 Motion for Relief From Stay, filed by Creditor Washington Mutual Home Loans Inc.). Fee received from Rhondi L. Schwartz (bde, ) (Entered: 03/05/2003) |
| 03/05/2003 | | Correction Notice in Electronic Filing (related document: 18 Motion for Relief From Stay, filed by Creditor DaimlerChrysler Services North America LLC merger to Chrysler Financial Company, LLC). Type of Error: Incorrect Hearing Date Selected (3/31/03); Correct Hearing Date is 3/24/03 at 10:00 a.m., filed by Linda Fossi. (hah) (Entered: 03/05/2003) |
| 03/05/2003 | | Receipt of Motion Filing Fee -- Fee Amount $ 75.00, Receipt Number 257665. (related document: 18 Motion for Relief From Stay, filed by Creditor DaimlerChrysler Services North America LLC merger to Chrysler Financial Company, LLC). Fee received from Deily, Mooney & Glastetter (hah) (Entered: 03/06/2003) |
| 03/17/2003 | 20 | Certificate of Service (related document: 19 Motion for Relief From Stay, filed by Creditor Washington Mutual Home Loans Inc.) filed by Rhondi L. Schwartz on behalf of Washington Mutual Home Loans Inc. (dac, ) (Entered: 03/18/2003) |
| 03/24/2003 | | Minute of Hearing Held, OUTCOME: Motion granted.(related document: 18 Motion for Relief From Stay, filed by Creditor DaimlerChrysler Services North America LLC merger to Chrysler Financial Company, LLC) (bc, ) (Entered: 03/24/2003) |
| 03/24/2003 | | Minute of Hearing Held, OUTCOME: Settled COTBS.(related document: 19 Motion for Relief From Stay, filed by Creditor Washington Mutual Home Loans Inc.) (bc, ) (Entered: 03/24/2003) |
| 03/25/2003 | 21 | Order Granting Motion For Relief From Stay re: 2000 Jeep Cherokee (Related Doc # 13 ) The following parties were served: All Interested Parties. Signed on 3/25/2003. (kvr, ) (Entered: 03/25/2003) |
| | | BNC Certificate of Service - Order No. of Notices: 3. Service Date 03/27/2003. (Related Doc # 21 ) (Admin.) (Entered: |

| 03/27/2003 | 22 | 03/28/2003) |
| 05/02/2003 | 24 | Certificate of Consent (related document: 19 Motion for Relief From Stay, filed by Creditor Washington Mutual Home Loans Inc.). Filed by Rhondi L. Schwartz on behalf of Washington Mutual Home Loans Inc.. (er, ) (Entered: 05/12/2003) |
| 05/09/2003 | 23 | Consent Order Resolving Motion For Relief From Stay (Related Doc # 19 ) The following parties were served: All Interest Parties. Signed on 5/9/2003. (er, ) (Entered: 05/12/2003) |
| 05/14/2003 | 25 | BNC Certificate of Service - Order No. of Notices: 4. Service Date 05/14/2003. (Related Doc # 23 ) (Admin.) (Entered: 05/16/2003) |
| 07/16/2003 | 26 | Application for Compensation for Seymour Wasserstrum, Debtor's Attorney, period: 3/24/2003 to 3/24/2003, fee: $500.00, expenses: $0.00. Filed by Seymour Wasserstrum. Objection deadline is 7/23/2003. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (dac, ) (Entered: 07/18/2003) |
| 07/25/2003 | 27 | Order Granting Application For Compensation for Seymour Wasserstrum, fees awarded: $500.00, expenses awarded: $0.00 (Related Doc # 26 ) The following parties were served: Debtor's attorney, Trustee, UST. Signed on 7/25/2003. (lkr, ) (Entered: 07/28/2003) |
| 02/10/2004 | 28 | Certification of Standing Trustee filed by Isabel C. Balboa. Objection deadline is 2/20/2004. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Balboa (NA), Isabel) (Entered: 02/10/2004) |
| 02/16/2004 | 29 | Objection to (related document: 28 Certification of Standing Trustee filed by Trustee Isabel C. Balboa) filed by Seymour Wasserstrum on behalf of David A Rivera, Marianne M Rivera. (Wasserstrum, Seymour) (Entered: 02/16/2004) |
| 02/17/2004 | 30 | Notice of Hearing for: (related document: 28 Certification of Standing Trustee filed by Trustee Isabel C. Balboa, 29 Objection filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera). Hearing scheduled for 3/19/2004 at 11:00 AM at JHW - Courtroom 4B, Camden. (er, ) (Entered: 02/17/2004) |
| 02/19/2004 | 31 | BNC Certificate of Service - Order No. of Notices: 2. Service Date 02/19/2004. (Related Doc # 30 ) (Admin.) (Entered: 02/20/2004) |

| | | |
|---|---|---|
| 03/19/2004 | | Minute of Hearing Held, OUTCOME: Case dismissed.(related document: 30 Notice of Hearing -(Generic), Notice of Hearing -(Generic)) (bc, ) (Entered: 03/19/2004) |
| 03/19/2004 | 32 | Ex-Parte Order Dismissing Case (related document: 28 Certification of Standing Trustee filed by Trustee Isabel C. Balboa). The following parties were served: Counsel for Debtor, Trustee, UST. Signed on 3/19/2004. (lkr, ) (Entered: 03/22/2004) |
| 03/24/2004 | 33 | BNC Certificate of Service - Order Dismissing Case. No. of Notices: 40. Service Date 03/24/2004. (Related Doc # 32 ) (Admin.) (Entered: 03/25/2004) |
| 03/31/2004 | 34 | Chapter 13 Trustee Final Report and Account (Dismissal) filed by Isabel C. Balboa. (Balboa (NA), Isabel) (Entered: 03/31/2004) |
| 04/01/2004 | 35 | Final Decree Closing Case. The following parties were served: Trustee and UST. Signed on 4/1/2004. (vab, ) (Entered: 04/01/2004) |
| 04/01/2004 | | Bankruptcy Case Closed (vab, ) (Entered: 04/01/2004) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 03/30/2009 19:11:13 | | |
| **PACER Login:** | gp1972 | **Client Code:** | 021627-190959 |
| **Description:** | Docket Report | **Search Criteria:** | 02-16637-JHW Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |