| FORM B1 | United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter: Last, First, Middle):<br>**RIVERA, DAVID A** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**RIVERA, MARIANNE M** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>**MARIANNE M. HAMPTON - MAIDEN NAME** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2203 BEACON HILL DRIVE**<br>**SICKLERVILLE, NJ 08081** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**2203 BEACON HILL DRIVE**<br>**SICKLERVILLE, NJ 08081** |
| County of Residence or of the<br>Principal Place of Business: **CAMDEN** | County of Residence or of the<br>Principal Place of Business: **CAMDEN** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| [X] Individual(s)      [ ] Railroad<br>[ ] Corporation    [ ] Stockbroker<br>[ ] Partnership     [ ] Commodity Broker<br>[ ] Other _____ | | [ ] Chapter 7    [ ] Chapter 11    [X] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>[X] Consumer/Non-Business    [ ] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(optional) | |

**Statistical/Administrative Information** (Estimate)
[ ] Debtor estimates that funds will be available
[X] Debtor estimates that, after any exempt prope
be no funds available for distribution to unse

| Estimated Number of Creditors | 1-15<br>[ ] | | |
|---|---|---|---|

| Estimated Assets | | | |
|---|---|---|---|
| $0 to<br>$50,000<br>[ ] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[X] | $500,001<br>$1 milli<br>[ ] |

| Estimated Debts | | | |
|---|---|---|---|
| $0 to<br>$50,000<br>[ ] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[X] | $500,001<br>$1 milli<br>[ ] |

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey      RECEIPT

Case # 02-16637 CJHW    Chapter 13    # 000242918 - EG

Filed: 12:16 PM, 07/02/02    Camden    12:22 PM, July 03, 2002

| | Code | Qty | Amount |
|---|---|---|---|
| Judge: Judith H. Wizmur | NF | 1 | $30.00 |
| Trustee: Isabel Balboa | 13 | 1 | $155.00 |

Debtor(s):
   David A Rivera
   Marianne M Rivera

**First Meeting of Creditors**

01:00 PM, August 08, 2002        **TOTAL PAID: $185.00**
camden - chapter 13
535 Route 38      From: Seymour Wasserstrum
Suite 150      Seymour Wasserstrum Associate
Cherry Hill, NJ 08002      319 Landis Avenue
     Vineland, NJ 08360      1

(Official Form 1) (9/01)                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7,] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

6-18-00
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
SEYMOUR WASSERSTRUM, ESQ.
Printed Name of Attorney for Debtor(s)  SW2734
Law Offices of S. Wasserstrum, Esq.
Firm Name
319 Landis Ave., 2nd Floor
Address
Vineland, NJ 08360
856-696-8300
Telephone Number
7/1/02
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    7/1/02
Signature of Attorney for Debtor(s)       Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

In re:  **DAVID A RIVERA**          **MARIANNE M RIVERA**          Case No. _____
        **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**            **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**

                                                                Chapter 13

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A -  Real Property | YES | 1 | $   150,000.00 | | |
| B -  Personal Property | YES | 2 | $    40,104.50 | | |
| C -  Property Claimed As Exempt | YES | 1 | | | |
| D -  Creditors Holding Secured Claims | YES | 2 | | $   177,443.82 | |
| E -  Creditors Holding Unsecured Priority Claims | YES | 1 | | $         0.00 | |
| F -  Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $    29,132.33 | |
| G -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H -  Codebtors | YES | 1 | | | |
| I -  Current Income of Individual Debtor(s) | YES | 1 | | | $     5,934.77 |
| J -  Current Expenditures of Individual Debtor(s) | YES | 2 | | | $     4,980.00 |
| Total Number of sheets in ALL Schedules >> | | 14 | | | |
| Total Assets >> | | | $   190,104.50 | | |
| Total Liabilities >> | | | | $   206,576.15 | |

In re:  DAVID A RIVERA                 MARIANNE M RIVERA                    Case No. _____
        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                    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

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| CONDOMINIUM LOCATED AT 2203 BEACON HILL DRIVE, SICKLERVILLE, NJ PURCHASED 1-27-00 FOR $137,000<br><br>MONTHLY MORTGAGE PAYMENTS ARE $1405 AND ARE 13 MONTHS IN ARREARS IN THE AMOUNT OF $18265.00 TO BE PAID THROUGH PLAN.  DEBTORS WILL RESUME MAKING REGULAR MORTGAGE PAYMENTS IN AUGUST, 2002 | TENANTS BY THE ENTIRETY | J | 150,000.00 | 132,000.00 |

TOTAL ►          150,000.00

Schedule A - Page 1

In re:  DAVID A RIVERA
        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

MARIANNE M RIVERA
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

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | Cash | | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Checking/Commerce Bank, Washington Township, NJ | | 1,100.00 |
| | Checking/Health Jersey Federal Credit Union, Deptford, NJ | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | NONE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | Various household items | | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | 0.00 |
| 6. Wearing apparel. | Clothing | | 300.00 |
| 7. Furs and jewelry. | Necklaces and Rings | | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | Gulf Clubs | | 0.00 |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | 0.00 |
| 10. Annuities.  Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | NONE | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | NONE | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds.  Give details. | 2001 Tax refund $1500.00 was suppose to be returned, although the IRS took it | | 0.00 |

Schedule B - Page 1

In re:   DAVID A RIVERA                    MARIANNE M RIVERA                Case No. _____
         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                       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

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property.  Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 2000 GRAND CHEROKEE TO BE CRAMMED DOWN AS LISTED IN SCHEDULE D. | | 17,809.50 |
| | 2000 Jeep Cherokee Sport - Payments are $260.00 mthly.  Debtor will continue making timely payments to Chrysler Financial Corp. on the Leased vehicled | | 17,175.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | Computer | | 1,000.00 |
| 27. Machinery, fixtures, equipment, and supplies. | NONE | | 0.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested.  Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed.  Itemize. | NONE | | 0.00 |

TOTAL »          40,104.50

Schedule B - Page 2

In re:  DAVID A RIVERA                MARIANNE M RIVERA              Case No. _____
        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                   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

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[X]  11 U.S.C. § 522(b)(1)    Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

[ ]  11 U.S.C. § 522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                              domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                              portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                              or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 2000 GRAND CHEROKEE TO BE CRAMMED DOWN AS LISTED IN SCHEDULE D. | 11 USC § 522(d)(2) | 0.00 | 17,809.50 |
| 2000 Jeep Cherokee Sport - Payments are $260.00 mthly. Debtor will continue making timely payments to Chrysler Financial Corp. on the Leased vehicled | 11 USC § 522(d)(2) | 175.00 | 17,175.00 |
| Cash | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| Checking/Commerce Bank, Washington Township, NJ | 11 USC § 522(d)(5) | 1,100.00 | 1,100.00 |
| Checking/Health Jersey Federal Credit Union, Deptford, NJ | 11 USC § 522(d)(5) | 200.00 | 200.00 |
| Clothing | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Computer | 11 USC § 522(d)(3) | 1,000.00 | 1,000.00 |
| CONDOMINIUM LOCATED AT 2203 BEACON HILL DRIVE, SICKLERVILLE, NJ PURCHASED 1-27-00 FOR $137,000  MONTHLY MORTGAGE PAYMENTS ARE $1405 AND ARE 13 MONTHS IN ARREARS IN THE AMOUNT OF $18265.00 TO BE PAID THROUGH PLAN.  DEBTORS WILL RESUME MAKING REGULAR MORTGAGE PAYMENTS IN AUGUST, 2002 | 11 USC § 522(d)(1) | 18,000.00 | 150,000.00 |
| Necklaces and Rings | 11 USC § 522(d)(4) | 1,000.00 | 1,000.00 |
| Various household items | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |

Schedule C - Page 1

In re:  DAVID A RIVERA                    MARIANNE M RIVERA                    Case No. _____
        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                       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

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. Chrysler Financial 100 Tournament Dr., Suite 310 Horsham PA 19044 | NO | | lease 2000 Jeep Cherokee Sport - Payments are $260.00 mthly. Debtor will continue making timely payments to Chrysler Financial Corp. on the Lease VALUE $ 17,175.00 | | 17,000.00 | 0.00 |
| ACCT. NO. Household Automotive Finance PO Box 17904 San Diego, CA 92177-7904 | NO | J | CRAM DOWN VEHICLE LOAN 2000 GRAND CHEROKEE - LAREDO 4 DOOR DEBTOR WILL CRAM DOWN VEHICLE TO $19150.00 X .93 = $17809.50 PLUS INTEREST AT 13.8% FOR A TOTAL OF $24753 TO BE PAID THROUGH PLAN. VALUE $ 17,809.50 | | 25,684.00 | 7,874.50 |
| ACCT. NO. RIVD53122 Raymour & Flanigan P.O. Box 130 Liverpool, NY 13088-0130 | NO | | Furniture loan Debtor will cram down furniture set to $1000.00 to be paid through plan VALUE $ 1,000.00 | | 1,959.82 | 959.82 |
| ACCT. NO. Stone Bridge Run Condominiums Attn: Shivers, Spielberg, Gosnay & Greatrex, LLC 1415 Route 70 East Cherry Hill, NJ 08034 | NO | J | CONDO FEES - ARREARS TO BE PAID IN PLAN PAY CONDO FEE ARREARS IN PLAN PAYMENTS ARE $110/MO - DEBTORS HAVE MADE SOME PAYMENTS ON THE ARREARS AMOUNT LISTED IS ESTIMATED BALANCE DUE VALUE $ 150,000.00 | | 800.00 | 0.00 |

Subtotal»    45,443.82
(Total of this page)

In re:  DAVID A RIVERA                MARIANNE M RIVERA            Case No. _____
        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                  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

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. DK#F-23030-01  NO<br><br>Washington Mutual Mortgage<br>Attn: Shapiro and Diaz<br>406 Lippincott Dr. - Suite J<br>MarltonY NJ 08053 | | | MORTGAGE FORECLOSURE COMPLAINT HAS BEEN FILED<br><br>NOTIFICATION PURPOSES ONLY<br><br>VALUE $        0.00 | | 0.00 | 0.00 |
| ACCT. NO.  NO  J<br><br>Washington Mutual Mortgage<br>2210 Enterprise Dr. Box 100554<br>Florence, SC 29501-0554 | | | HOME MORTGAGE<br><br>CONDOMINIUM LOCATED AT 2203 BEACON HILL DRIVE, SICKLERVILLE, NJ PURCHASED 1-27-00 FOR $137,000<br><br>MONTHLY MORTGAGE PAYMENTS ARE $1405 AND ARE 13 MONTHS IN ARREARS IN THE AMOUNT OF $18265.00 TO BE PAID THROUGH PLAN. DEBTORS WILL RESUME MAKING REGULAR MORTGAGE PAYMENTS IN AUGUST, 2002<br><br>VALUE $        150,000.00 | | 132,000.00 | 0.00 |

Subtotal » (Total of this page)        132,000.00

TOTAL »        177,443.82

Schedule D - Page 2 of 2

In re:  DAVID A RIVERA                    MARIANNE M RIVERA                    Case No. _____
        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                       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

# Schedule E - Creditors Holding Unsecured Priority Claims

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority Claims

[ ]   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11  U.S.C. § 507(a)(2).

[ ]   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ]   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

[ ]   **Deposits by individuals**

    Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

[ ]   **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

[ ]   **Taxes and Other Certain Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

[ ]   **Other Priority Debts**

Schedule E - Page 1 of 1

In re:  DAVID A RIVERA                     MARIANNE M RIVERA                    Case No. _____
        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                        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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO.<br><br>Capital One Bank<br>Attn: Goldman and Warshaw<br>350 Main Rd., Suite 203<br>Montville, NJ 07045 | NO | W | JUDGMENT    DC-3692-02 CAMDEN COUNTY<br><br>THEY MAY HAVE A JUDGMENT AGAINST DEBTORS' HOME - THIS SHOULD BE VACATED BY MOTION TO BE FILED IN THE FUTURE | | 1,445.00 |
| ACCT. NO. 04388-6415-6865-5489<br><br>Capital One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | NO | | Credit card INCLUDING acct<br>#5291-1518-6925-8085, | | 940.81 |
| ACCT. NO. 138-137-906<br><br>Chadwicks<br>P.O. Box 659562<br>San Antonio, TX 78265-9562 | NO | | Credit card | | 135.74 |
| ACCT. NO. 20001-350676-01-8<br><br>Comcast Cable<br>Processing Center<br>PO Box 41798<br>Philadelphia PA 19101-1798 | NO | J | Cable bill | | 251.08 |
| ACCT. NO. 3006-6209-9997<br><br>Conectiv Power Delivery<br>Attn: Daisy Cochran, Revenue Mgmt.<br>5 Collins Dr.<br>Carneys Point NJ 08069 | NO | | Electric | | 300.00 |
| ACCT. NO. 4227097283725450<br><br>Cross Country Bank<br>Attn: D.C. Credit Services, Inc.<br>7445 Topanga Canyon Blvd.<br>Canoga Park, CA 91303 | NO | | Collection agency-Creditors address unknown | | 3,099.78 |
| ACCT. NO. 0593WM267606<br><br>Hospital Baby Portraits<br>2269 South Saw Mill River Rd.,bld.3<br>Elmsford, NY 10523 | NO | J | Baby pictures | | 42.08 |
| ACCT. NO. 42784603<br><br>Kennedy Health Systems<br>P.O. Box 48023<br>Newark, NJ 07107-48023 | NO | | Medical bill | | 50.00 |

Subtotal ►
(Total of this page)          6,264.49

In re:   DAVID A RIVERA                 MARIANNE M RIVERA              Case No. _____
         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                    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

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 031-0502-240  NO<br><br>Kohl's<br>P.O. Box 3084<br>Milwaukee, WI 53201-3084 | NO | | Credit card | | 287.20 |
| ACCT. NO. 4361-4507-0076-1655  NO<br><br>Providian Financial<br>P.O. Box 9553<br>Manchester, NH 03108-9553 | NO | | Credit card INCLUDING acct#'s 4031150200630935, 4031-1719-0048-8366 | | 3,010.94 |
| ACCT. NO.<br><br>Rutgers University<br>Student Loan Dept<br>New Brunswick, NJ 08901 | NO | H | STUDENT LOAN TO BE DEFERRED DURING CHAPTER 13 PLAN UNTIL CASE IS SUCCESSFULLY COMPLETED | | 4,500.00 |
| ACCT. NO.<br><br>SALLIE MAE LOAN SERVICING CENTER<br>910 HARRISON AVE<br>PANAMA CITY, FL 32402 | NO | H | STUDENT LOANS TO BE DEFERRED UNTIL AFTER CHAPTER 13 HAS BEEN COMPLETED | | 10,000.00 |
| ACCT. NO. 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-14  NO<br><br>South Jersey Gas - Bankruptcy Dept<br>Attn Mrs. Fleming<br>P.O. Box 6000<br>Folsom, NJ 08037-6000 | NO | J | Gas bill | | 205.57 |
| ACCT. NO. 0016877472-2  NO<br><br>Sprint PCS<br>P.O. Box 62071<br>Baltimore, MD 21264-2071 | NO | | Cell phone | | 64.13 |
| ACCT. NO.<br><br>US Dept of Education<br>PO Box 4169<br>Greenville, TX 75403-4169 | NO | H | DEFER STUDENT LOAN UNTIL AFTER CASE HAS BEEN COMPLETED | | 4,500.00 |
| ACCT. NO.<br><br>Verizon  Attn Caroline Maher<br>PO Box 25087<br>Wilmington, DE 19899-5087 | NO | J | | | 300.00 |

Subtotal »            22,867.84
(Total of this page)

TOTAL »            29,132.33

Schedule F - Page 2 of 2

In re:  DAVID A RIVERA                MARIANNE M RIVERA               Case No. _____
        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                   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

# Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Chrysler Financial Corp. Bankruptcy Dept-100 Tournament Dr Horsham, PA 19044 | ASSUME LEASE FOR 2000 JEEP CHEROKEE SPORT - PAYMENTS ARE $260/MO DEBTORS WILL CONTINUE PAYING OUTSIDE BANKRUPTCY |

Schedule G - Page 1

In re:  DAVID A RIVERA                    MARIANNE M RIVERA                    Case No. _____
        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                       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

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

Schedule H - Page 1

In re:   DAVID A RIVERA                          MARIANNE M RIVERA                          Case No. _____
         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                            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

# Schedule I - Current Income Of Individual Debtor(s)

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| Debtor's Age **31yrs.** Spouse's Age **31yrs.** | NAMES **MADISON RIVERA** **MCKENZIE RIVERA** | | AGE **3yrs.** **10mths** | RELATIONSHIP **DAUGHTER** **DAUGHTER** |
| EMPLOYMENT: | DEBTOR | | SPOUSE | |
| Occupation | **Sales** | | **Marketing Administrator** | |
| How long employed | **3-02** | | **3 yrs.** | |
| Name and Address of Employer | **Verizon** **20 Lake Center, Executive Park** **401 Rt.73 North** **Marlton, NJ 08053** | | **Matcon** **233 North Delsea Drive** **Sewell, NJ 08080** | |

Income:  (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 4,728.30 | $ | 2,811.49 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 4,728.30 | $ | 2,811.49 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.) Payroll taxes and social security | $ | 964.16 | $ | 482.52 |
| b.) Insurance | $ | 0.00 | $ | 158.34 |
| c.) Union dues | $ | 0.00 | $ | 0.00 |
| d.) Other    **401K EE** | $ | 0.00 | $ | 140.56 |
| **401K Loan** | $ | 0.00 | $ | 86.75 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 964.16 | $ | 868.17 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,764.14 | $ | 1,943.32 |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income (Specify)    **401K EE** | $ | 0.00 | $ | 140.56 |
| **401K Loan** | $ | 0.00 | $ | 86.75 |
| TOTAL MONTHLY INCOME | $ | 3,764.14 | $ | 2,170.63 |

TOTAL COMBINED MONTHLY INCOME      $      5,934.77

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**NONE**

Schedule I - Page 1

In re:   DAVID A RIVERA                    MARIANNE M RIVERA              Case No. _____
         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                       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

# Declaration Concerning Debtor's Schedules

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date  6-18-02                              Signature _____
                                                     DAVID A RIVERA

Date  6-18-02                              Signature _____
                                                     MARIANNE M RIVERA

------------------------------------------------------------------------------------------------

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
_____           _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.

_____

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:   **Not Applicable.**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X **Not Applicable**
_____           _____
Signature of Bankruptcy Petition Preparer          Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.
------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

**(NOT APPLICABLE)**

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152 and 3571.

UNITED STATES BANKRUPTCY COURT

**District of New Jersey**

In re:  DAVID A RIVERA                MARIANNE M RIVERA          Case No. _____
        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                   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                Chapter 13

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
[ ]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 78,777.00 | approx earnings combined | 2000 |
| 62,000.00 | approx earnings | 2001 |
| 19,500.00 | approx earnings as of 5-16-02 | 2002 |

### 2. Income other than from employment or operation of business

None
[ ]

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 5,600.00 | Mr. Rivera collected unemployment from July, 2001 until March 25, 2002 |

### 3. Payments to creditors

None
[ ]

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| debtors have been making payments to Chrysler and Household on their vehicles as they have been able | | 0.00 | 0.00 |

None
[X]

bt all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
[ ]

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Capital One lawsuit as set forth in Schedule F DC 3692-02 | COLLECTION CASE | Camden County Special Civil Part | judgment was probably entered |

None
[X]

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
[ ]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| WASHINGTON MUTUAL MORTGAGE ATTN SHAPIRO AND DIAZ 406 LIPPINCOTT DRIVE - SUITE J MARLTON, NJ 08053 | | FORECLOSURE IS PENDING F-23030-01 |

## 6. Assignments and receiverships

None
[X]

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
[X]

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
[X]

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
[ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of SEYMOUR WASSERSTRUM 319 Landis Avenue Vineland, NJ 08360** | | #215⁰⁰ |

## 10. Other transfers

None
[X]

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None
[X]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
[X]

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
[X]

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature _See following_
                                     DAVID A RIVERA

Date_____      Signature _page_
                                     MARIANNE M RIVERA

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Date _____

Signature _____
DAVID A RIVERA

Signature _____
MARIANNE M RIVERA

6

### 15. Prior address of debtor

None


If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                     DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None


a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME        NAME AND ADDRESS              DATE OF        ENVIRONMENTAL
AND ADDRESS      OF GOVERNMENTAL UNIT          NOTICE         LAW

None


b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME        NAME AND ADDRESS              DATE OF        ENVIRONMENTAL

# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

In re:  DAVID A RIVERA                    MARIANNE M RIVERA                    Case No.
        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                        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
                                                                              Chapter 13

# STATEMENT OF ATTORNEY FOR PETITIONER
# PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), states that:

1)  The undersigned is the attorney for the debtor(s) in this case.

2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

     a)  for legal services rendered or to be rendered in contemplation of and in connection with this case     $_____ **1,975.00**

     b)  prior to filing this statement, debtor(s) have paid     $_____ **215.00**

     c)  the unpaid balance due and payable is     $_____ **1,760.00**

3)  $_____ **185.00** of the filing fee in this case has been paid.

4)  The services rendered or to be rendered include the following:

     a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code.

     b)  Preparation and filing of the petition, schedules of assets and liabilities, statement of affairs, and other documents required by the court.

     c)  Representation of the debtor(s) at the first meeting of creditors.

5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and *

     **NONE**

6)  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

     **NONE**

7)  The undersigned have not shared or agreed to share, with any other person, other than with members of their law firm or corporation, any compensation paid or to be paid except as follows:

     **NONE**

Dated: _____ 7/1/02

Seymour Wasserstrum, Bar no: SW2734
Attorney for Debtor(s)

* If a fee is paid by transfer of property or if security is taken, give details here and in appropriate section of Schedules or Statement of Affairs.

Capital One Bank
Attn: Goldman and Warshaw
350 Main Rd., Suite 203
Montville, NJ 07045


Capital One Bank
P.O. Box 85147
Richmond, VA 23276


Chadwicks
P.O. Box 659562
San Antonio, TX 78265-9562


Chrysler Financial
100 Tournament Dr., Suite 310
Horsham PA 19044


Comcast Cable
Processing Center
PO Box 41798
Philadelphia PA 19101-1798


Conectiv Power Delivery
Attn: Daisy Cochran, Revenue Mgmt.
5 Collins Dr.
Carneys Point NJ 08069


Cross Country Bank
Attn: D.C. Credit Services, Inc.
7445 Topanga Canyon Blvd.
Canoga Park, CA 91303


Hospital Baby Portraits
2269 South Saw Mill River Rd.,bld.3
Elmsford, NY 10523


Household Automotive Finance
PO Box 17904
San Diego, CA 92177-7904

Kennedy Health Systems
P.O. Box 48023
Newark, NJ 07107-48023


Kohl's
P.O. Box 3084
Milwaukee, WI 53201-3084


Providian Financial
P.O. Box 9553
Manchester, NH 03108-9553


Raymour & Flanigan
P.O. Box 130
Liverpool, NY 13088-0130


Rutgers University
Student Loan Dept
New Brunswick, NJ 08901


SALLIE MAE LOAN SERVICING CENTER
910 HARRISON AVE
PANAMA CITY, FL 32402


South Jersey Gas - Bankruptcy Dept
Attn Mrs. Fleming
P.O. Box 6000
Folsom, NJ 08037-6000


Sprint PCS
P.O. Box 62071
Baltimore, MD 21264-2071


Stone Bridge Run Condominiums
Attn: Shivers, Spielberg, Gosnay &
Greatrex, LLC
1415 Route 70 East
Cherry Hill, NJ 08034

US Dept of Education
PO Box 4169
Greenville, TX 75403-4169


Verizon  Attn Caroline Maher
PO Box 25087
Wilmington, DE 19899-5087


Washington Mutual Mortgage
Attn: Shapiro and Diaz
406 Lippincott Dr. - Suite J
MarltonY NJ 08053


Washington Mutual Mortgage
2210 Enterprise Dr. Box 100554
Florence, SC 29501-0554