OFFICE OF THE CHAPTER 13 TRUSTEE
Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

IN RE:

   Proceedings in Chapter 13

  DAVID A. & MARIANNE
  RIVERA

   Case No.  0216637 JHW

   CERTIFICATION OF STANDING TRUSTEE

Debtor(s).

ISABEL C. BALBOA, being duly sworn and of full age deposes and says:

1. I am the Standing Trustee for the Chapter 13 captioned above.

2. Pursuant to the order Confirming the Chapter 13 Plan, the court ordered the debtor(s) to perform as follows:

   ...that if the debtor(s) shall fail to make a regular Chapter 13 Plan payment to the Trustee for a period of more than thirty (30) consecutive days, upon receipt of certification by the Trustee of such non-receipt of payment filed and served upon the debtor(s) who shall have five (5) days to file and serve a written objection, this case shall be dismissed.

3. I hereby certify that the debtor(s) has not performed as ordered by the Court in that the debtor(s) has fallen behind in his (her) trustee payments.

   As of 02/02/04 debtor(s) is $6,201.00 in arrears in his(her) trustee payments. The debtor(s) last payment was received on 11/05/03 in the amount of $956.00.

4. I make this Certification in support of the entry of an Order dismissing this case.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/02/04            /S/ISABEL C. BALBOA
                                 _____
                                 ISABEL C. BALBOA
                                 Chapter 13 Standing Trustee

UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

In Re:                                    Case No.  0216637 JHW

 DAVID A. & MARIANNE RIVERA
 2203 BEACON HILL DRIVE

 SICKLERVILLE NJ 08081
                                          Judge:  Judith H. Wizmur


            EX-PARTE ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby ORDERED.

(PAGE 2)
Debtor:  DAVID A. & MARIANNE  RIVERA

Case No:  0216637 JHW

Caption of Order:  EX-PARTE ORDER OF DISMISSAL
_____

    Upon consideration of the Certification of Non-Payment filed by Isabel C. Balboa, Chapter 13 Standing Trustee, for dismissal of the within proceedings under the Chapter 13 Plan, on the grounds that the debtor(s) has/have failed to make a regular Chapter 13 Plan payment to the Trustee for a period of more than thirty (30) consecutive days, and the Court having considered the Standing Trustee's Certification indicating the debtor(s) non-compliance with said conditions and further certifying that the copies of the Certification and this Order were mailed to the debtor(s) and their attorney, if any, and good cause appearing therefore, it is hereby dismissed.

OFFICE OF THE CHAPTER 13 TRUSTEE
Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF NEW JERSEY
                           (Camden)
_____
IN RE:
                                    Proceedings in Chapter 13

 DAVID A. & MARIANNE
 RIVERA
                                    Case No. 0216637 JHW


                                    CERTIFICATE OF SERVICE

                 Debtor(s).
_____
```

I, Isabel C. Balboa, Chapter 13 Standing Trustee, being of full age, certify as follows:

1. On 02/10/04, I caused a true copy of a Certification of Standing Trustee to be served upon

 DAVID A. & MARIANNE RIVERA
 2203 BEACON HILL DRIVE

 SICKLERVILLE NJ 08081

 SEYMOUR WASSERSTRUM, ESQUIRE
 205 LANDIS AVENUE

 VINELAND NJ 08360

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  02/10/04            /s/ISABEL C. BALBOA
                                 _____
                                 Isabel C. Balboa
                                 Chapter 13 Standing Trustee