UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire (IB-4082)
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Order Filed on
3/19/2004
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

DAVID A. & MARIANNE RIVERA
2203 BEACON HILL DRIVE

SICKLERVILLE NJ 08081

Case No.   0216637 JHW

Judge:   Judith H. Wizmur

EX-PARTE ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby ORDERED.

**DATED: 3/19/2004**

Honorable Judith H. Wizmur
United States Bankruptcy Judge

```
(PAGE 2)
Debtor:  DAVID A. & MARIANNE  RIVERA

Case No:  0216637 JHW

Caption of Order:  EX-PARTE ORDER OF DISMISSAL
```
___

    Upon consideration of the Certification of Non-Payment filed by Isabel C. Balboa, Chapter 13 Standing Trustee, for dismissal of the within proceedings under the Chapter 13 Plan, on the grounds that the debtor(s) has/have failed to make a regular Chapter 13 Plan payment to the Trustee for a period of more than thirty (30) consecutive days, and the Court having considered the Standing Trustee's Certification indicating the debtor(s) non-compliance with said conditions and further certifying that the copies of the Certification and this Order were mailed to the debtor(s) and their attorney, if any, and good cause appearing therefore, it is hereby dismissed.

*Approved by Judge Judith H. Wizmur March  19, 2004*

Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

| | |
|---|---|
| In Re: | David A Rivera and Marianne M Rivera |
| SSN: | xxx–xx–5995    xxx–xx–3278 |
| EIN: | |
| ADDRESS: | 2203 Beacon Hill Drive
Sicklerville, NJ
08081–0000 |

Case No:  02–16637–JHW
Chapter:  13
Judge:    Judith H. Wizmur

Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on March 19, 2004
Any discharge which was granted in this case is revoked. All outstanding fees to the Court are due and owing and must be paid within five days from the date of this Order.

Dated: March 22, 2004
JJW: lkr

                                       James J. Waldron
                                       Clerk