Case 1:09-cv-00021-JEI-JS   Document 9-12   Filed 03/30/09   Page 1 of 15

**MONEY, CONVERTED, CLOSED, NARPT**

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 04-22865-JHW

|  |  |
|---|---|
| *Assigned to:* Judge Judith H. Wizmur | *Date filed:* 04/14/2004 |
| Chapter 7 | *Date converted:* 12/12/2007 |
| Previous chapter 13 | *Date terminated:* 03/27/2008 |
| Voluntary | *Date discharged:* 03/14/2008 |
| No asset |  |

*Debtor*  
**David A Rivera**  
2203 Beacon Hill Drive  
Sicklerville, NJ 08081-0000  
SSN / ITIN: xxx-xx-5995  

represented by **Andrew S. Zeldin**  
Law Office of Andrew S. Zeldin  
901 Route 168, Suite 108  
Turnersville, NJ 08012  
(856) 401-1800  
Fax : 856-401-1852  
*TERMINATED: 11/15/2007*

**John F. Wise**  
15 Village Plaza  
South Orange, NJ 07079  
(973) 763-5900  
Email: johnfwiseesq@aol.com

*Joint Debtor*  
**Marianne M Rivera**  
2203 Beacon Hill Drive  
Sicklerville, NJ 08081-0000  
SSN / ITIN: xxx-xx-3278  

represented by **Andrew S. Zeldin**  
(See above for address)  
*TERMINATED: 11/15/2007*

**John F. Wise**  
(See above for address)

*Trustee*  
**Isabel C. Balboa**  
Chapter 13 Standing Trustee  
Cherry Tree Corporate Center  
535 Route 38, Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002  
*TERMINATED: 12/13/2007*

represented by **Isabel C. Balboa (NA)**  
Chapter 13 Standing Trustee  
Cherry Hill Corporate Center  
535 Route 38, Suite 580  
Cherry Hill, NJ 08002  
(856)663-5002  
Email: ecf@standingtrustee.com

*Trustee*  
**Andrew Sklar**  
102 Browning Road  
Building B - Suite 1  
Cherry Hill, NJ 08003  
856-616-8710

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 04/14/2004 | [1](#) | Chapter 13 Voluntary Petition Filed by Andrew S Zeldin on behalf of David A Rivera. (dj) Additional attachment(s) added on 4/15/2004 (lgr, ). (Entered: 04/15/2004) |
| 04/14/2004 | [4](#) | Notice of Missing Documents. (related document: [1](#) Voluntary Petition (Chapter 13)). Missing Documents: CHAPTER 13 PLAN and MOTIONS. Incomplete Filings due by 4/29/2004. (jpl) (Entered: 04/15/2004) |
| 04/14/2004 | [5](#) | Certification of Non Compliance (related document: [1](#) Voluntary Petition (Chapter 13)) filed by Andrew S. Zeldin on behalf of Andrew Zeldin. (jpl, ) (Entered: 04/15/2004) |
| 04/15/2004 | 2 | Receipt of Case Filing Fee -- Fee Amount $ 194.00, Receipt Number 277984 . Fee received from (dj) (Entered: 04/15/2004) |
| 04/15/2004 | [3](#) | Meeting of Creditors. 341(a) meeting to be held on 5/20/2004 at 11:00 AM at Cherry Hill Chapter 13 (Camden). Proofs of Claim due by 8/18/2004. (lgr, ) (Entered: 04/15/2004) |
| 04/17/2004 | [6](#) | BNC Certificate of Service. No. of Notices: 6. Service Date 04/17/2004. (Related Doc # [4](#) ) (Admin.) (Entered: 04/18/2004) |
| 04/17/2004 | [7](#) | Notice and Order to Pay Trustee No. of Notices: 4. Service Date 04/17/2004. (Related Doc # [3](#) ) (Admin.) (Entered: 04/18/2004) |
| 04/17/2004 | [8](#) | BNC Certificate of Service - Meeting of Creditors. No. of Notices: 27. Service Date 04/17/2004. (Related Doc # [3](#) ) (Admin.) (Entered: 04/18/2004) |
| 04/26/2004 | [9](#) | Notice of Appearance and Request for Service of Notice filed by Ramsey Law Firm, P.C. on behalf of Household Automotive Finance Corporation. (def, ) (Entered: 04/27/2004) |
| 04/28/2004 |  | Deadline for Missing Documents Satisfied. (da) (Entered: 04/29/2004) |
| 04/28/2004 | [10](#) | Chapter 13 Plan, Motions Included: Motion to Avoid Liens under 11 USC. Section 522 (f) for Household and Raymour Flanagan;Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured for Raymour Flanagan and Household Auto.. Filed by Andrew S. Zeldin on behalf of David A Rivera, Marianne M Rivera. (da, ) (Entered: 04/29/2004) |
| 04/28/2004 | [11](#) | Certification of Non Compliance (related document: [10](#) Chapter 13 Plan and Motions, filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) filed by Andrew S. Zeldin on behalf of Andrew Zeldin. (da, ) |

| | | |
|---|---|---|
| | | (Entered: 04/29/2004) |
| 04/29/2004 | 12 | Confirmation Hearing Scheduled (related document: 10 Chapter 13 Plan and Motions). Confirmation hearing to be held on 9/8/2004 at 11:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 9/1/2004. (da) (Entered: 04/29/2004) |
| 05/01/2004 | 13 | BNC Certificate of Service - Chapter 13 Confirmation Hearing No. of Notices: 30. Service Date 05/01/2004. (Related Doc # 12 ) (Admin.) (Entered: 05/02/2004) |
| 05/01/2004 | 14 | BNC Certificate of Service - Chapter 13 Plan No. of Notices: 30. Service Date 05/01/2004. (Related Doc # 10 ) (Admin.) (Entered: 05/02/2004) |
| 05/03/2004 | 15 | Notice of Appearance and Request for Service of Notice filed by Kohl's Department Store. (def, ) (Entered: 05/04/2004) |
| 05/17/2004 | 16 | Notice of Appearance and Request for Service of Notice filed by Linda A. Hynes on behalf of Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.. (Hynes, Linda) (Entered: 05/17/2004) |
| 06/08/2004 | 17 | Confirmation Objection to (related document: 10 Chapter 13 Plan and Motions, filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) filed by Linda A. Hynes on behalf of Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.. (Hynes, Linda) (Entered: 06/08/2004) |
| 08/20/2004 | 18 | Motion re: To Suspend Trustee Payments Filed by Andrew S. Zeldin on behalf of David A Rivera, Marianne M Rivera. Hearing scheduled for 9/22/2004 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (bde, ) (Entered: 08/20/2004) |
| 08/20/2004 | 19 | Certification of Non Compliance (related document: 18 Motion (Generic), Motion (Generic) filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) filed by Andrew S. Zeldin on behalf of Andrew Zeldin. (bde, ) (Entered: 08/20/2004) |
| 09/08/2004 | | Confirmation Hearing Rescheduled (related document: 12 Confirmation Hearing Scheduled, 10 Chapter 13 Plan and Motions, filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) Confirmation hearing to be held on 9/22/2004 at 10:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 9/15/2004. (bc, ) (Entered: 09/08/2004) |
| 09/22/2004 | | Minute of Hearing Held, OUTCOME: Motion denied, case dismissed. (related document: 10 Chapter 13 Plan and Motions, filed by Debtor |

| | | |
|---|---|---|
| | | David A Rivera, Joint Debtor Marianne M Rivera, 18 Motion re: To Suspend Trustee Payments filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera, Confirmation Hearing Rescheduled, ) (bc, ) (Entered: 09/22/2004) |
| 09/22/2004 | | Hearing Rescheduled from 09/22/04. (related document: 18 Motion re: To Suspend Trustee Payments filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera, Confirmation Hearing Rescheduled, ) Hearing scheduled for 10/27/2004 at 10:00 AM at JHW - Courtroom 4B, Camden. Hearings are adjourned NOT dismissed/denied as was previously docketed. (bc, ) (Entered: 09/22/2004) |
| 10/27/2004 | | Hearing Rescheduled from 10/27/04. (related document: 10 Chapter 13 Plan and Motions, filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera, 18 Motion re: To Suspend Trustee Payments filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera, Confirmation Hearing Rescheduled, ) Hearing scheduled for 11/10/2004 at 11:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 10/27/2004) |
| 11/10/2004 | | Minute of Hearing Held, OUTCOME: Motion granted.(related document: 18 Motion re: To Suspend Trustee Payments filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) (bc, ) (Entered: 11/10/2004) |
| 11/10/2004 | | Minute of Hearing Held, OUTCOME: Plan conf. at $1,000/mo. for 53 months plus $3,000 paid.(related document: 10 Chapter 13 Plan and Motions, filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) (bc, ) (Entered: 11/10/2004) |
| 11/12/2004 | 20 | Order Confirming Chapter 13 Plan (related document: 10 Chapter 13 Plan and Motions, filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera). Payment Schedule: $1,000.00 for 53 months. Attorney's Fee: $1,600.00. Motions included in plan are Raymour & Flanigan cramdown to $600.00 and Household Automotive Finance cramdown to $15,000.00. The following parties were served: Debtor, Debtor's Attorney, ATTORNEY FOR CREDITOR, WASHINGTON MUTUAL, Trustee and US Trustee. Signed on 11/12/2004. (bde) Modified on 11/17/2004 TO INCLUDE OBJECTING CREDITOR TO SERVICE LIST(kvr, ). (Entered: 11/16/2004) |
| 11/16/2004 | 21 | Order Granting Motion re: for Suspension of Trustee Payments. (Related Doc # 18 ). The following parties were served: Debtor, Debtor's Attorney, Trustee and US Trustee. Signed on 11/16/2004. (da) (Entered: 11/17/2004) |
| 11/18/2004 | 22 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 11/18/2004. (Admin.) (Entered: 11/19/2004) |
| 11/19/2004 | 23 | BNC Certificate of Service - Order No. of Notices: 1. Service Date 11/19/2004. (Admin.) (Entered: 11/20/2004) |

| | | |
|---|---|---|
| 11/19/2004 | [24](#) | BNC Certificate of Service - Order No. of Notices: 3. Service Date 11/19/2004. (Admin.) (Entered: 11/20/2004) |
| 04/21/2005 | [25](#) | Motion for Relief from Stay re: 2203 Beacon Hill Dr., Gloucester Twp., NJ. Fee Amount $ 150. Filed by Linda A. Hynes on behalf of Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.. Hearing scheduled for 5/9/2005 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # [1](#) Certification # [2](#) Exhibit # [3](#) Certificate of Service # [4](#) Proposed Order) (Hynes, Linda) Modified on 4/22/2005 TO REFLECT CORRECT RETURN DATE OF 5/16/2005 @ 10:00 AM (bde). (Entered: 04/21/2005) |
| 04/21/2005 | | Receipt of filing fee for Motion for Relief From Stay(04-22865-JHW) [motion,mrlfsty] ( 150.00). Receipt number 5887059, amount $ 150.00. (U.S. Treasury) (Entered: 04/21/2005) |
| 04/22/2005 | | Hearing Rescheduled from 5/9/2005 - ORIGINALLY SCHEDULED HEARING DATE WAS INCORRECT. (related document: [25](#) Motion for Relief from Stay re: 2203 Beacon Hill Dr., Gloucester Twp., NJ. Fee Amount $ 150. filed by Creditor Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.) Hearing scheduled for 5/16/2005 at 10:00 AM at JHW - Courtroom 4B, Camden. (bde) (Entered: 04/22/2005) |
| 05/16/2005 | | Minute of Hearing Held, OUTCOME: Resolved OTBS.(related document: [25](#) Motion for Relief from Stay re: 2203 Beacon Hill Dr., Gloucester Twp., NJ. Fee Amount $ 150. filed by Creditor Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.) (bc, ) (Entered: 05/16/2005) |
| 05/31/2005 | [26](#) | Order Resolving Motion For Relief From Stay re: 2203 Beacon Hill Drive, Gloucester Township Sicklerville, NJ 08081 (Related Doc # [25](#) ). The following parties were served: Debtor, Debtor's Attorney, Attorney for Washington Mutual Home Loans, Trustee and US Trustee. Signed on 5/31/2005. (da) (Entered: 06/02/2005) |
| 06/04/2005 | [27](#) | BNC Certificate of Service - Order No. of Notices: 3. Service Date 06/04/2005. (Admin.) (Entered: 06/05/2005) |
| 09/26/2005 | [28](#) | Certification of Standing Trustee filed by Isabel C. Balboa. Objection deadline is 10/6/2005. (Attachments: # [1](#) Proposed Order # [2](#) Certificate of Service)(Balboa (NA), Isabel) (Entered: 09/26/2005) |
| 10/03/2005 | [29](#) | Objection to (related document: [28](#) Certification of Standing Trustee filed by Trustee Isabel C. Balboa) filed by Andrew S. Zeldin on behalf of David A Rivera. (Zeldin, Andrew) (Entered: 10/03/2005) |
| 10/04/2005 | | Certification of Standing Trustee Deadline Terminated, Reason: Objection |

| | | |
|---|---|---|
| | | filed. (bde) (Entered: 10/04/2005) |
| 10/04/2005 | 30 | Notice of Hearing for: (related document: 28 Certification of Standing Trustee filed by Trustee Isabel C. Balboa, 29 Objection filed by Debtor David A Rivera). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 10/28/2005 at 11:00 AM at JHW - Courtroom 4B, Camden. (bde) (Entered: 10/04/2005) |
| 10/06/2005 | 31 | BNC Certificate of Service - Order No. of Notices: 2. Service Date 10/06/2005. (Admin.) (Entered: 10/07/2005) |
| 10/13/2005 | 32 | Creditor's Certification of Default (related document: 25 Motion for Relief from Stay re: 2203 Beacon Hill Dr., Gloucester Twp., NJ. Fee Amount $ 150. filed by Creditor Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.) filed by Rhondi L. Schwartz on behalf of Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.. Objection deadline is 10/24/2005. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Schwartz, Rhondi) (Entered: 10/13/2005) |
| 10/25/2005 | 33 | Exparte Order Vacating Stay (related document: 32 Creditor's Certification of Default, , filed by Creditor Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 10/25/2005. (kvr, ) (Entered: 10/27/2005) |
| 10/28/2005 | 34 | Modified Chapter 13 Plan - After Confirmation. Motions Included: Motion to Avoid Liense under 11USC for Household and Raymour Flanagan; Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured for Raymour Flanagan and Household Auto. (related document: 10 Chapter 13 Plan and Motions, filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera). Filed by Andrew S. Zeldin on behalf of David A Rivera. (Zeldin, Andrew) (Entered: 10/28/2005) |
| 10/28/2005 | | Minute of Hearing Held, OUTCOME: Resolved OTBS.(related document: 30 Notice of Hearing -(Generic), Notice of Hearing -(Generic)) (bc, ) (Entered: 10/28/2005) |
| 10/28/2005 | 35 | Confirmation Hearing Scheduled (related document: 34 Modification of Chapter 13 Plan and Motions - After Confirmation, ). Confirmation hearing to be held on 12/7/2005 at 09:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 11/30/2005. (amm, ) (Entered: 10/28/2005) |
| 10/29/2005 | 36 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 10/29/2005. (Admin.) (Entered: 10/30/2005) |

| | | |
|---|---|---|
| 10/30/2005 | 37 | BNC Certificate of Service - Notice of Modification of Plan. No. of Notices: 36. Service Date 10/30/2005. (Admin.) (Entered: 10/31/2005) |
| 10/30/2005 | 38 | BNC Certificate of Service - Chapter 13 Plan No. of Notices: 36. Service Date 10/30/2005. (Admin.) (Entered: 10/31/2005) |
| 11/01/2005 | 39 | Order Resolving Chapter 13 Trustee's Certification of Default and Allowing the Case to Contine (related document: 28 Certification of Standing Trustee filed by Trustee Isabel C. Balboa). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee. Signed on 11/1/2005. (da) (Entered: 11/03/2005) |
| 11/05/2005 | 40 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 11/05/2005. (Admin.) (Entered: 11/06/2005) |
| 12/07/2005 | | Confirmation Hearing Rescheduled (related document: 35 Confirmation Hearing Scheduled,, 34 Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor David A Rivera) Confirmation hearing to be held on 1/25/2006 at 09:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 1/18/2006. (bc, ) (Entered: 12/07/2005) |
| 12/27/2005 | 41 | Motion To Reinstate Stay as to Creditor, Washington Mutual Home Loans, Inc., Successor in Interest by Merger to Fleet Mortgage Corporation Filed by Andrew S. Zeldin on behalf of David A Rivera, Marianne M Rivera. Hearing scheduled for 1/23/2006 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (bde, ) (Entered: 12/27/2005) |
| 01/23/2006 | | Hearing Rescheduled from 01/23/06. (related document: 41 Motion To Reinstate Stay as to Creditor, Washington Mutual Home Loans, Inc., Successor in Interest by Merger to Fleet Mortgage Corporation filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) Hearing scheduled for 2/6/2006 at 10:00 AM at JHW - Courtroom 4B, Camden. (bc, ) (Entered: 01/23/2006) |
| 01/25/2006 | | Confirmation Hearing Rescheduled (related document: Confirmation Hearing Rescheduled,, 34 Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor David A Rivera) Confirmation hearing to be held on 2/22/2006 at 09:00 AM at JHW - Courtroom 4B, Camden. Last day to Object to Confirmation 2/15/2006. (bc, ) (Entered: 01/25/2006) |
| 02/06/2006 | | Minute of Hearing Held, OUTCOME: Order to be SubmittedResolved (related document: 41 Motion To Reinstate Stay as to Creditor, Washington Mutual Home Loans, Inc., Successor in Interest by Merger to Fleet Mortgage Corporation filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) (bc, ) (Entered: 02/06/2006) |

| | | |
|---|---|---|
| 02/08/2006 | 42 | Order Granting Motion To Reinstate Stay As To Mortgage Company re: Washington Mutual Home Loans (Related Doc # 41 ). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 2/8/2006. (kvr, ) (Entered: 02/09/2006) |
| 02/11/2006 | 43 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 02/11/2006. (Admin.) (Entered: 02/12/2006) |
| 02/22/2006 | | Minute of Confirmation Hearing Held, OUTCOME: Plan conf. at $1,116/mo. for 38 months plus $12,000 paid (related document: 34 Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor David A Rivera, Confirmation Hearing Rescheduled, ) (bc, ) (Entered: 02/22/2006) |
| 02/23/2006 | 44 | Order Confirming Modified Chapter 13 Plan (related document: Confirmation Hearing Rescheduled, 34 Modification of Chapter 13 Plan and Motions - After Confirmation, filed by Debtor David A Rivera). Payment Schedule: $1,116.00 for 38 months. Attorney's Fee: $ 0.00. Motions included in plan are n/a. The following parties were served: Debtor, Debtor's Attorney, Trustee and US Trustee. Signed on 2/23/2006. (kvr, ) (Entered: 02/27/2006) |
| 03/01/2006 | 45 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 03/01/2006. (Admin.) (Entered: 03/02/2006) |
| 04/26/2006 | 46 | Creditor's Certification of Default (related document: 25 Motion for Relief from Stay re: 2203 Beacon Hill Dr., Gloucester Twp., NJ. Fee Amount $ 150. filed by Creditor Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.) filed by Nelson Diaz on behalf of Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.. Objection deadline is 5/8/2006. (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Diaz, Nelson) (Entered: 04/26/2006) |
| 05/09/2006 | 47 | ExParte Order Vacating Stay (related document: 46 Creditor's Certification of Default, filed by Creditor Washington Mutual Home Loans Inc., Successor in Interest by Merger to Fleet Mortgage Corp.). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 5/9/2006. (da) (Entered: 05/10/2006) |
| 05/12/2006 | 48 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 05/12/2006. (Admin.) (Entered: 05/13/2006) |
| 06/07/2006 | 49 | Motion To Reinstate Stay as to Creditor, Washington Mutual Filed by Andrew S. Zeldin, David A Rivera on behalf of David A Rivera, Marianne M Rivera. Hearing scheduled for 7/10/2006 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) (bde, ) (Entered: 06/07/2006) |

| | | |
|---|---|---|
| 07/10/2006 | | Minute of Hearing Held, OUTCOME: Order to be Submitted (related document: 49 Motion To Reinstate Stay as to Creditor, Washington Mutual filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) (bc, ) (Entered: 07/10/2006) |
| 07/24/2006 | 50 | Order Resolving Motion To Reinstate Stay re: Washington Mutual Home Loans, Inc. (Related Doc # 49 ). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 7/24/2006. (kvr, ) (Entered: 07/24/2006) |
| 07/26/2006 | 51 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 07/26/2006. (Admin.) (Entered: 07/27/2006) |
| 07/31/2006 | 52 | Notice of Appearance and Request for Service of Notice on behalf of washington Mutual Bank. (Lozano, Joe) Modified on 8/1/2006 To Clarify Docket Text (amm, ). (Entered: 07/31/2006) |
| 09/18/2006 | 53 | Certification of Standing Trustee filed by Isabel C. Balboa. Objection deadline is 9/28/2006. (Attachments: # 1 Proposed Order # 2 Certificate of Service)(Balboa (NA), Isabel) (Entered: 09/18/2006) |
| 09/29/2006 | 54 | Ex-Parte Order Dismissing Case (related document: 53 Certification of Standing Trustee filed by Trustee Isabel C. Balboa). re: Pursuant To Trustee's Certification. The following parties were served: Debtor, Debtor's Attorney, Trustee and US Trustee. Signed on 9/29/2006. (kvr, ) (Entered: 09/29/2006) |
| 10/01/2006 | 55 | BNC Certificate of Service - Order Dismissing Case. No. of Notices: 30. Service Date 10/01/2006. (Admin.) (Entered: 10/02/2006) |
| 10/01/2006 | 56 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 10/01/2006. (Admin.) (Entered: 10/02/2006) |
| 10/19/2006 | 57 | Motion to Reinstate Case Filed by Andrew S. Zeldin, David A Rivera on behalf of David A Rivera, Marianne M Rivera. Hearing scheduled for 11/15/2006 at 02:30 PM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Proposed Order) (bde, ) (Entered: 10/19/2006) |
| 11/15/2006 | | Minute of Hearing Held, OUTCOME: Order to be Submitted (related document: 57 Motion to Reinstate Case filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) (bc, ) (Entered: 11/15/2006) |
| 11/22/2006 | 58 | Order Granting Motion To Reinstate Case (Related Doc # 57 ). The following parties were served: Debtor, Debtor 's Attorney, Trustee, US Trustee . Signed on 11/22/2006. (kvr, ) (Entered: 11/27/2006) |

| | | |
|---|---|---|
| 11/27/2006 | | Flags Set-Reset. Dismissal Flag Removed . Reason: Case Reinstated. (kvr, ) (Entered: 11/27/2006) |
| 11/29/2006 | 59 | BNC Certificate of Service - Order Vacating Dismissal or Discharge. No. of Notices: 39. Service Date 11/29/2006. (Admin.) (Entered: 11/30/2006) |
| 11/29/2006 | 60 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 11/29/2006. (Admin.) (Entered: 11/30/2006) |
| 12/11/2006 | 61 | Notice of Appearance and Request for Service of Notice filed by Michael S. Ackerman on behalf of Washington Mutual Bank. (Ackerman, Michael) (Entered: 12/11/2006) |
| 12/13/2006 | 62 | Creditor's Certification of Default (related document: 49 Motion To Reinstate Stay as to Creditor, Washington Mutual filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) filed by Michael S. Ackerman on behalf of Washington Mutual Bank. Objection deadline is 12/26/2006. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Ackerman, Michael) (Entered: 12/13/2006) |
| 12/27/2006 | 63 | Order Vacating Automatic Stay (related document: 62 Creditor's Certification of Default, filed by Creditor Washington Mutual Bank). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Movant's Attorney. Signed on 12/27/2006. (kvr, ) (Entered: 12/27/2006) |
| 12/29/2006 | 64 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 12/29/2006. (Admin.) (Entered: 12/30/2006) |
| 03/01/2007 | 65 | Notice of Appearance and Request for Service of Notice filed by Michael S. Ackerman on behalf of Countrywide Home Loans, Inc.. (Ackerman, Michael) (Entered: 03/01/2007) |
| 03/05/2007 | 66 | Transfer of Claim. Amount to be transferred $ 24,652.96. Transferor: Washington Mutual Bank, FA (Claim No. 5) To COUNTRYWIDE HOME LOANS ? Filed by Countrywide Home Loans, Inc. (Ackerman, Michael) (Entered: 03/05/2007) |
| 03/06/2007 | 67 | Notice of Transfer of Claim re: Claim Transferred From Washington Mutual Bank, FA to Countrywide Home Loans, Inc.. (related document: 66 Transfer of Claim filed by Creditor Countrywide Home Loans, Inc.). (eag) (Entered: 03/06/2007) |
| 05/04/2007 | 68 | Notice of Appearance and Request for Service of Notice filed by Jaimie B. Finberg on behalf of Countrywide Home Loans, Inc.. (Finberg, Jaimie) (Entered: 05/04/2007) |

| | | |
|---|---|---|
| 05/22/2007 | 69 | Motion to dismiss case by Trustee Filed by Isabel C. Balboa (NA) on behalf of Isabel C. Balboa. Hearing scheduled for 6/22/2007 at 11:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Balboa (NA), Isabel) (Entered: 05/22/2007) |
| 06/18/2007 | 70 | Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Filed by Andrew S. Zeldin on behalf of David A Rivera, Marianne M Rivera. Hearing scheduled for 7/16/2007 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Proposed Order) (bde, ) (Entered: 06/18/2007) |
| 06/18/2007 | 71 | Motion To Reinstate Stay as to Creditor, Country Wide Home Loan Filed by Andrew S. Zeldin on behalf of David A Rivera, Marianne M Rivera. Hearing scheduled for 7/16/2007 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # (2) Proposed Order) (bde, ) (Entered: 06/18/2007) |
| 06/18/2007 | 72 | Objection to (related document: 69 Motion to Dismiss Case, filed by Trustee Isabel C. Balboa) filed by Andrew S. Zeldin on behalf of David A Rivera, Marianne M Rivera. (bde) (Entered: 06/18/2007) |
| 06/18/2007 | 73 | Order for Debtor's Employer , The Hibbert Group, to Pay Trustee. Payment Information: $618.00 Semi-Monthly. The following parties were served: Debtor, Debtor's Attorney, Trustee and US Trustee. Signed on 6/18/2007. (kvr, ) (Entered: 06/19/2007) |
| 06/21/2007 | 74 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 06/21/2007. (Admin.) (Entered: 06/22/2007) |
| 06/22/2007 | | Hearing Rescheduled from 6/22/2007. (related document: 69 Motion to dismiss case by Trustee filed by Trustee Isabel C. Balboa) Hearing scheduled for 8/22/2007 at 02:00 PM at JHW - Courtroom 4B, Camden. (bde) (Entered: 06/22/2007) |
| 07/16/2007 | | Minute of Hearing Held, OUTCOME: Granted (related document: 70 Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera, 71 Motion To Reinstate Stay as to Creditor, Country Wide Home Loan filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) (bc, ) (Entered: 07/16/2007) |
| 07/17/2007 | 75 | Order Granting Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) (Related Doc # 70 ). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee . Signed on 7/17/2007. (kvr, ) (Entered: 07/17/2007) |
| 07/17/2007 | 76 | Order Granting Motion To Reinstate Stay re: Countrywide Home Loans |

| | | |
|---|---|---|
| | | (Related Doc # 71 ). The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee . Signed on 7/17/2007. (kvr, ) (Entered: 07/17/2007) |
| 07/19/2007 | 77 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 07/19/2007. (Admin.) (Entered: 07/20/2007) |
| 07/19/2007 | 78 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 07/19/2007. (Admin.) (Entered: 07/20/2007) |
| 08/22/2007 | | Minute of Hearing Held, OUTCOME: GrantedOrder to be Submitted (related document: 69 Motion to dismiss case by Trustee filed by Trustee Isabel C. Balboa) (bc, ) (Entered: 08/22/2007) |
| 08/22/2007 | | Minute of Hearing Held, OUTCOME: Granted (related document: 69 Motion to dismiss case by Trustee filed by Trustee Isabel C. Balboa) (bc, ) (Entered: 08/22/2007) |
| 08/22/2007 | 79 | Order Granting Motion to Dismiss Case re: Pursuant To Trustee's Motion (Related Doc # 69 ).The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Signed on 8/22/2007. (kvr, ) (Entered: 08/23/2007) |
| 08/25/2007 | 80 | BNC Certificate of Service - Order Dismissing Case. No. of Notices: 33. Service Date 08/25/2007. (Admin.) (Entered: 08/26/2007) |
| 08/25/2007 | 81 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 08/25/2007. (Admin.) (Entered: 08/26/2007) |
| 10/01/2007 | 82 | Notice of Appearance and Request for Service of Notice filed by Tri-Cap Investment Partners, LLC. (eag, ) (Entered: 10/04/2007) |
| 11/13/2007 | 83 | Notice of Voluntary Conversion to Chapter 7. Fee Amount $ 25. Filed by John F. Wise on behalf of David A Rivera, Marianne M Rivera. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Service List) (Wise, John) Modified on 11/14/2007 TO REFLECT NOTICE OF DOCKETING ERROR. WRONG EVENT CODE USED (amm, ). (Entered: 11/13/2007) |
| 11/13/2007 | | Receipt of filing fee for Notice of Voluntary Conversion to Chapter 7(04-22865-JHW) [misc,ntccnva] ( 25.00). Receipt number 11084938, amount $ 25.00. (U.S. Treasury) (Entered: 11/13/2007) |
| 11/14/2007 | | Flags Set-Reset. Converted Flag Removed From Case. Reason: Voluntary conversion filed in error. (amm, ) (Entered: 11/14/2007) |
| 11/14/2007 | | Correction Notice in Electronic Filing (related document: 83 Notice of Voluntary Conversion to Chapter 7, filed by Debtor David A Rivera, Joint |

| | | |
|---|---|---|
| | | Debtor Marianne M Rivera). Type of Error: INCORRECT EVENT CODE USED, filed by John F. Wise, Esquire. Please correct and refile with the court - Under "Motions/Application" choose "Reinstate Case". (amm, ) (Entered: 11/14/2007) |
| 11/15/2007 | 84 | Motion to Reinstate Case AND CONVERT TO CHAPTER 7; Filed by John F. Wise on behalf of David A Rivera, Marianne M Rivera. Hearing scheduled for 12/10/2007 at 10:00 AM at JHW - Courtroom 4B, Camden. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service # 4 Service List) (Wise, John) Modified TEXT on 11/16/2007 AND TO REFLECT CORRECT RETURN DATE AND TIME OF 12/12/2007 @ 2:30 PM (bde). (Entered: 11/15/2007) |
| 11/15/2007 | 85 | Substitution of Attorney, terminating Andrew S. Zeldin and adding John F. Wise for David A Rivera and Marianne M Rivera. Filed by John F. Wise, (Wise, John) (Entered: 11/15/2007) |
| 11/16/2007 | | Hearing Rescheduled from 12/10/2007 at 10:00 AM. (related document: 84 Motion to Reinstate Case filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) Hearing scheduled for 12/12/2007 at 02:30 PM at JHW - Courtroom 4B, Camden. ORIGINALLY SCHEDULED HEARING DATE AND TIME WERE INCORRECT (bde) (Entered: 11/16/2007) |
| 12/12/2007 | | Minute of Hearing Held, OUTCOME: Granted (related document: 84 Motion to Reinstate Case filed by Debtor David A Rivera, Joint Debtor Marianne M Rivera) (bc, ) (Entered: 12/12/2007) |
| 12/12/2007 | 86 | Order Granting Motion To Reinstate Case And Convert The Case To Chapter 7 (Related Doc # 84 ). The following parties were served: Debtor, Debtor 's Attorney, Trustee, US Trustee . Signed on 12/12/2007. (kvr, ) (Entered: 12/13/2007) |
| 12/13/2007 | | Flags Set-Reset. Conversion Flag Set . Reason: Case Converted To Chapter 7 Pursuant To Signed Order Dated 12/12/2007. (kvr, ) (Entered: 12/13/2007) |
| 12/13/2007 | | Trustee Isabel C. Balboa terminated, Reason: Case Converted To Chapter 7 (kvr, ) (Entered: 12/13/2007) |
| 12/15/2007 | 87 | BNC Certificate of Service - Order Vacating Dismissal or Discharge. No. of Notices: 44. Service Date 12/15/2007. (Admin.) (Entered: 12/16/2007) |
| 12/15/2007 | 88 | BNC Certificate of Service - Order No. of Notices: 3. Service Date 12/15/2007. (Admin.) (Entered: 12/16/2007) |
| 12/17/2007 | 89 | Appointment of Trustee.Trustee Andrew Sklar appointed to case. Meeting of Creditors 341(a) meeting to be held on 1/11/2008 at 12:00 PM at |

| | | |
|---|---|---|
| | | Bridge View - Camden. Last day to oppose discharge or dischargeability is 3/11/2008. (United States Trustee, ) (Entered: 12/17/2007) |
| 12/20/2007 | 90 | BNC Certificate of Service - Meeting of Creditors. No. of Notices: 26. Service Date 12/20/2007. (Admin.) (Entered: 12/21/2007) |
| 01/11/2008 | 91 | Notice Depositing Unclaimed Funds for Verizon in the Amount $ 71.27 Filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel) (Entered: 01/11/2008) |
| 01/15/2008 | | Receipt of Fee Amount $ 71.27, Receipt Number 402536. (related document: 91 Notice Depositing Unclaimed Funds filed by Trustee Isabel C. Balboa). Fee received from Isabel Balboa. (dmb, ) (Entered: 01/17/2008) |
| 01/16/2008 | | Notice of Continuance of Meeting of Creditors on 2/4/2008 at 09:00 AM at Bridge View - Camden (Sklar, Andrew) (Entered: 01/16/2008) |
| 01/21/2008 | | Notice of Continuance of Meeting of Creditors on 2/25/2008 at 09:00 AM at Bridge View - Camden (Sklar, Andrew) (Entered: 01/21/2008) |
| 02/08/2008 | 92 | Notice Depositing Unclaimed Funds for Verizon in the Amount $ 3.15 Filed by Isabel C. Balboa (NA) on behalf of Isabel C. Balboa. (Balboa (NA), Isabel) (Entered: 02/08/2008) |
| 02/11/2008 | | Receipt of Fee Amount $3.15, Receipt Number 402672. (related document: 92 Notice Depositing Unclaimed Funds filed by Trustee Isabel C. Balboa). Fee received from Isabel Balboa. (dmb) (Entered: 02/13/2008) |
| 02/29/2008 | 93 | Notice of Information for Abandonment re: 2203 BEACON HILL DR, SICKLERVILLE, NJ 08081 filed by Andrew Sklar on behalf of Andrew Sklar. Hearing date if Objection filed: 4/14/08 at 10:00 a.m.. Objections due by 3/20/2008. (Sklar, Andrew) (Entered: 02/29/2008) |
| 03/05/2008 | 94 | BNC Certificate of Service - Notice of Sale, Auction or Abandonment. No. of Notices: 36. Service Date 03/05/2008. (Admin.) (Entered: 03/06/2008) |
| 03/14/2008 | 95 | Order Discharging Debtor. (Admin.) (Entered: 03/14/2008) |
| 03/16/2008 | 96 | BNC Certificate of Mailing - Order of Discharge and BNC Certificate of Service - . No. of Notices: 26. Service Date 03/16/2008. (Admin.) (Entered: 03/17/2008) |
| 03/17/2008 | 97 | Chapter 13 Trustee Final Report and Account (Conversion) filed by Isabel C. Balboa. (Balboa (NA), Isabel) (Entered: 03/17/2008) |

| | | |
|---|---|---|
| 03/18/2008 | 98 | Final Decree Discharging Chapter 13 Trustee; The following parties were served: Trustee, Chapter 13 Trustee and US Trustee. Signed on 3/18/2008. (amm, ) (Entered: 03/18/2008) |
| 03/24/2008 | 99 | Certification of No Objection in re: Abandonment. (related document: 93 Notice of Information filed by Trustee Andrew Sklar). The Clerk hereby certifies that no objection to this Notice of Information has been filed. (amm, ) (Entered: 03/24/2008) |
| 03/26/2008 | | Chapter 7 Trustee's Report of No Distribution: I, the Trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate and have examined the debtor(s) under oath pursuant to 11 U.S.C. 341 and 343; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. Wherefore, I request that this report be approved, and that I be discharged as trustee. This report is signed and submitted under penalty of perjury. Filed by (Sklar, Andrew) (Entered: 03/26/2008) |
| 03/27/2008 | 100 | Final Decree closing case; The following parties were served: Trustee and U.S. Trustee. Signed on 3/27/2008. (jpl) (Entered: 03/27/2008) |
| 03/27/2008 | | Bankruptcy Case Closed. (jpl) (Entered: 03/27/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/30/2009 17:08:44 | | | |
| **PACER Login:** | gp1264 | **Client Code:** | 099990-162791 |
| **Description:** | Docket Report | **Search Criteria:** | 04-22865-JHW Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |