UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LINDA A. HYNES, ESQ.
LH/2818
Shapiro & Diaz, LLP
406 Lippincott Drive, Suite J
Marlton, New Jersey 08053
(856) 810-1700
Attorneys for WASHINGTON MUTUAL HOME
LOANS, INC., SUCCESSOR IN INTEREST BY
MERGER TO FLEET MORTGAGE CORP

In Re:

DAVID A. RIVERA AND MARIANNE M. RIVERA
DEBTORS

Order Filed on
**5/31/2005**
by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.: 04-22865/JHW

Adv. No.:

Hearing Date: May 16, 2005

Judge: Honorable Judith H. Wizmur

## ORDER ON MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: 5/31/2005**

Honorable Judith H. Wizmur
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & Diaz, LLP, Attorneys for WASHINGTON MUTUAL HOME LOANS, INC., SUCCESSOR IN INTEREST BY MERGER TO FLEET MORTGAGE CORP upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case with regard to the property located at:

LOT 1 C2203 BLOCK 15812
COMMONLY KNOWN AS 2203 BEACON HILL DRIVE, GLOUCESTER TOWNSHIP
(SICKLERVILLE), NEW JERSEY 08081

for failure of the Debtor(s) to make payments on their mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor(s) and the attorney for the Debtor(s), if any, and for good cause shown,

1. Debtor is presently delinquent in post petition payments for the months of April 2005 through May 2005 in the total amount of $1,705.60.

2. In order to cure the balance of arrears of $1,705.60, Debtors shall remit a regular monthly mortgage payment plus an additional $284.27 from June 2005 through November 2005.

3. Debtors shall reimburse Secured Creditor $250.00 in attorney fees and $150.00 in court costs through his/her Chapter 13 Plan. The Trustee shall amend his/her records to reflect same.

4. If the Debtor(s) should default and fail to make the payments stated herein or any future payment outside of said plan to WASHINGTON MUTUAL HOME LOANS, INC., SUCCESSOR IN INTEREST BY MERGER TO FLEET MORTGAGE CORP, for more than thirty (30) days from the due date, then, upon Certification of Non-receipt of said payment in accordance herewith, submitted by the Secured Creditor's Attorney, the Court will enter an Ex-Parte Order Vacating the Automatic Stay of the Bankruptcy Code with respect to the Secured Creditor's lien. The Order submitted will not require the consent of the Debtors regarding form or substance, however Debtor(s) Debtor'(s) attorney and the Trustee shall be given five (5) days notice of any filing of a Certification of Non-Receipt.

*Approved by Judge Judith H. Wizmur May 31, 2005*