UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of
John F. Wise
15 Village Plaza
South Orange, New Jersey 07079
(973) 763-5900   JFW1946
Attorney for the Debtors

**In Re:**

   **David A. Rivera and**
   **Marianne M. Rivera,**

**Debtors.**

Case No.: 04-22865

Hearing Date: Dec. 10, 2007 @ 10:00 a.m.

Judge: Honorable Judith H. Wizmur

Order Filed on 12/12/2007 by Clerk U.S. Bankruptcy Court District of New Jersey

Recommended Local Form:   ☐ Followed   ☒ Modified

**ORDER REINSTATING DEBTORS' CHAPTER 13 PETITION AND CONVERTING THE CASE TO A CHAPTER 7**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 12/12/2007**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Debtors: David A. Rivera and Marianne M. Rivera
Case Number: 04-22865
Caption of Order: Order Reinstating Debtor's Chapter 13 Petition and Converting Case to a Chapter 7.

---

**THIS MATTER** being opened to the Court by John F. Wise, attorney for the Debtors, David A. Rivera and Marianne M. Rivera, and having considered the argument of counsel and good cause Appearing, it is

**ORDERED** that

The Order of Dismissal filed on August 22, 2007 is vacated and the case shall be Reinstated.

The Motion to Convert the Case to a Chapter 7 is granted.

..........

*Approved by Judge Judith H. Wizmur December 12, 2007*