SCHWARTZ SIMON
EDELSTEIN CELSO & ZITOMER LLC
By:    Patrick D. Tobia, Esq.
44 Whippany Road, Suite 210
P.O. Box 2355
Morristown, New Jersey 07962
(973) 301-0001
Attorneys for Defendant, Shapiro & Diaz
n/k/a Shapiro & Perez, LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DAVID and MARIANNE RIVERA,

Plaintiffs,

vs.

WASHINGTON MUTUAL FSB,
COUNTRYWIDE HOME LOANS and
SHAPIRO & DIAZ, JOHN DOE
SERVICERS 1-100 AND JOHN DOE
LAW FIRMS 1-100

Defendants.

CIVIL ACTION NO. 09-00021 (JEI) (JS)

DEFENDANT SHAPIRO & DIAZ'S
NOTICE OF MOTION TO DISMISS THE
COMPLAINT

TO:    Roger C. Mattson, Esq.
       Lewis G. Adler, Esq.
       26 Newton Avenue
       Woodbury, New Jersey 08096
       Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that on June 15, 2009, or as soon thereafter as counsel may

be heard, Schwartz Simon Edelstein Celso & Zitomer, LLC, counsel for defendant Shapiro &

Diaz, shall move before the Honorable Joseph E. Irenas, U.S.D.J., at the United States District

Court for the District of New Jersey located at the Mitchell H. Cohen Building and U.S.

{00415159; 1}

Courthouse, 4th and Cooper Streets, Camden, New Jersey, for an Order dismissing the complaint as against Shapiro & Diaz pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of Shapiro & Diaz's motion to dismiss, Shapiro & Diaz will rely upon the accompanying brief and Certification of Patrick D. Tobia. A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested.

SCHWARTZ SIMON
EDELSTEIN CELSO & ZITOMER, LLC

By: _____
     Patrick D. Tobia

44 Whippany Road, Suite 210
P.O. Box 2355
Morristown, New Jersey 07962
(973) 301-0001 (phone)
(973) 993-3152 (fax)
Attorneys for Defendant,
Shapiro & Diaz

Dated: May 18, 2009

{00415159; 1}