# United States District Court
District of New Jersey

LAW OFFICES OF LEWIS G. ADLER
26 Newton Avenue
Woodbury, New Jersey  08096
(856) 845-1968
Attorney for Plaintiffs

| | |
|---|---|
| **David A. and Marianne M. Rivera** <br> **Individually and as a class representative** <br> **On behalf of others similarly situated** <br> **Plaintiff** <br><br>            **vs.** <br><br> **COUNTRYWIDE HOME LOANS,** <br> **Defendant.** | **CASE NO.** <br>      **1:09-cv-0021 (JEI)(JS)** <br><br>    <u>Civil Action</u> <br><br> **Notice of Motion to file** <br> **Second amended complaint** |

TO:   Martin C. Bryce, Jr, Esquire
       Mariah Murphy Esquire
       Ballard Spahr Andrews & Ingersoll, LLP
       Plaza 1000 Suite 500 Main Street
       Voorhees, NJ 08043
       Attorneys for Countrywide Home Loans, Inc

       Patrick D. Tobia, Esquire
       Schwartz Simon Edelstein Celso & Zitomer, LLC
       44 Whippany Rd Suite 210
       PO Box 2355
       Morristown, NJ 07962
       Attorneys for Shapiro & Diaz

**Please take notice** that on Monday, September 8, 2009  at 10:00am or as soon thereafter

as the is matter may be heard, the undersigned attorney for Plaintiffs  shall move before

the above Courthouse, for an Order to file an amended complaint.  Movant will rely upon

the supporting certification, exhibits and brief submitted herewith.

Dated: August 10, 2009          <u>/s/ Lewis G. Adler, Esq.</u>

                                 Lewis G. Adler, Esq.