```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

DAVID and MARIANNE RIVERA,              :
individually and on behalf of           :   HONORABLE JOSEPH E. IRENAS
all those similarly situated,           :   CIVIL ACTION NO. 09-021 (JEI/JS)
                                        :
            Plaintiffs,                 :   **ORDER DENYING PLAINTIFF'S**
                                        :   **MOTION TO AMEND THE AMENDED**
     v.                                 :   **COMPLAINT** (Docket No. 21)
                                        :
COUNTRYWIDE HOME LOANS,                 :
                                        :
            Defendant.                  :


**APPEARANCES:**

LAW OFFICE OF LEWIS G. ADLER
By:  Roger C. Mattson, Esq.
     Lewis G. Adler, Esq.
26 Newton Avenue
Woodbury, New Jersey 08096
     Counsel for Plaintiffs

BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP
By:  Martin C. Bryce, Esq.
     Mariah E. Murphy, Esq.
Plaza 1000, Main Street
Suite 500
Voorhees, New Jersey 08043
     Counsel for Defendant


**IRENAS,** Senior District Judge:

   This matter having appeared before the Court on Plaintiffs' Motion to Amend their Amended Complaint (Docket No. 21), the Court having considered the parties' submissions, for the reasons set forth in an Opinion by this Court issued on even date herewith, and for good cause appearing;

**IT IS** on this 3rd day of December, 2009,

    **ORDERED THAT:**

    (1)   Plaintiffs' Motion to Amend is hereby **DENIED.**

    (2)   The case is hereby **DISMISSED WITH PREJUDICE.**

    (3)   The Clerk of Court is hereby directed to **CLOSE THIS FILE.**

                                    s/ Joseph E. Irenas
                                      JOSEPH E. IRENAS
                                      Senior United States District Judge