UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEWIS G. ADLER, ESQUIRE
26 NEWTON AVENUE
WOODBURY, NJ 08096
(856)845-1968
ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| David A. and Marianne M. Rivera Individually and as a class representative On behalf of others similarly situated Plaintiff  vs.  WASHINGTON MUTUAL BANK FSB COUNTRYWIDE HOME LOANS, SHAPIRO & DIAZ, AND JOHN DOE SERVICERS 1-100 AND JOHN DOE LAW FIRMS 1-10 Defendant. | CASE NO. 1:09-cv-0021 JEI-JS  Civil Action  Notice of Appeal |

    Notice is hereby given that, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dated December 3, 2009 entered in this action on the 3 of December 2009 .

                                                   /s/ Lewis G. Adler, Esq
                                                   Lewis G. Adler, Esquire
                                                   26 Newton Avenue
                                                   Woodbury, NJ 08096